**Certified Copy**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PENNY VERKUILEN,

    Plaintiff,

vs.                                 No. 09CV3527

MEDIABANK, LLC, and
JOHN BAUSCHARD, Individually,

    Defendants.

DEPOSITION OF

PENNY VERKUILEN

February 25, 2010
11:30 a.m.

70 West Madison Street, Suite 1500
Chicago, Illinois

INA RUTH EAVENSON, Certified Shorthand Reporter



ESQUIRE
an Alexander Gallo Company

Telephone:  312.782.8087
Toll Free:  800.708.8087
Facsimile:  312.704.4950

311 Monroe Street
Suite 1200
Chicago, IL 60606

1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

PENNY VERKUILEN,                    )

               Plaintiff,          )

     vs.                            )   No. 09CV3527

MEDIABANK, LLC, and                 )

JOHN BAUSCHARD, Individually,       )

              Defendants.         )

The deposition of PENNY VERKUILEN,
called for examination, taken pursuant to the
Federal Rules of Civil Procedure of the United
States District Courts pertaining to the taking of
depositions, taken before INA RUTH EAVENSON, a
Notary Public within and for the County of Cook,
State of Illinois, and a Certified Shorthand
Reporter of said state, at Suite 1500, 70 West
Madison Street, Chicago, Illinois, on the 25th day
of February, A.D. 2010, at approximately
11:30 a.m.



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

```
                              2
1    PRESENT:

2

3         GOLAN & CHRISTIE,

4         (70 West Madison Street, Suite 1500,

5         Chicago, Illinois  60602-4206,

6         312-263-2300), by:

7    MR. MATTHEW C. WASSERMAN and

8    MS. LAURA A. BALSON,

9         appeared on behalf of the Plaintiff;

10

11        LEFKOFSKY & GOROSH, P.C.,

12        (31500 Northwestern Highway, Suite 105,

13        Farmington Hills, Michigan  48334,

14        248-855-5508), by:

15   MR. STEVEN LEFKOFSKY,

16        appeared on behalf of the Defendants.

17

18   ALSO PRESENT:  MS. LINDA BRZEZINSKI.

19

20   REPORTED BY:  INA RUTH EAVENSON, CSR No. 84-4293.

21

22

23

24
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

3

1           (WHEREUPON, the witness was duly

2           sworn.)

3       MR. LEFKOFSKY:  This is the deposition of the

4   plaintiff in this case, Penny Verkuilen, taken

5   pursuant to notice, agreement as to date and time

6   by counsel, pursuant to the Federal Rules of Civil

7   Procedure, to be used for all purposes allowed.

8               PENNY VERKUILEN,

9   called as a witness herein, having been first duly

10  sworn, was examined and testified as follows:

11              EXAMINATION

12  BY MR. LEFKOFSKY:

13      Q.    Ms. Verkuilen, can you state your full

14  name for the record.

15      A.    Penny Lynn Verkuilen.

16      Q.    And that's V-e-r-k-u-i-l-e-n, right?

17      A.    Correct.

18      Q.    And have you ever been deposed before?

19      A.    No.

20      Q.    I know you've sat through a couple of

21  these, and so you've heard the instruction from

22  your counsel, which is it's question and answer.

23  The court reporter can't take down a nod of the

24  head, so it has to be a verbal response.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

4

1          At times I might remind you of that,

2     but it's only because I'll see you nodding but not

3     answering anything.  So you do need a verbal

4     response.

5          If at any point in time I ask you a

6     question and it's at all unclear or you don't

7     understand it, ask me to rephrase it.  I'll assume

8     that if you do answer it you understood the

9     question.

10         Is that fair?

11    A.     Yes.

12    Q.     Okay.  Are you taking any medication or

13    did you take any medication this morning that

14    would in any way impair your ability to answer

15    questions?

16    A.     No.

17    Q.     Have you ever been convicted of a

18    felony?

19    A.     No.

20    MR. WASSERMAN:  Steve, before we get to the

21    substance, I would just like to make the record

22    clear that I would prefer to reserve any evidence

23    objections to trial like we've done in the past so

24    that we can allow this to run smoothly.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

5

1       MR. LEFKOFSKY:  I agree.  Yeah, to the extent

2  I show the witness an exhibit, a document,

3  anything, and counsel doesn't object on an

4  evidentiary basis, you're not waiving that

5  objection.  That's the way we have been doing it.

6  That's fine.

7       MR. WASSERMAN:  The same goes for

8  Ms. Brzezinski's deposition as well.

9       MR. LEFKOFSKY:  Yes.  All evidentiary

10  objections will be reserved on anything.

11  BY MR. LEFKOFSKY:

12       Q.    Your current address?

13       A.    1935 North Fairfield, Unit 112,

14  Chicago, Illinois.

15       Q.    Okay.  And your age?

16       A.    34.

17       Q.    Date of birth?

18       A.    10-17-1975.

19       Q.    Are you married?

20       A.    No.

21       Q.    Okay.  Are you currently employed?

22       A.    No.

23       Q.    Okay.  You sort of hesitated.

24       A.    I am in transition.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

6

1      Q.    Okay.  Meaning you are about to start a

2    job?

3      A.    Correct.

4      Q.    When is that start date?

5      A.    March 8.

6      Q.    And for what company?

7      A.    I will be working for Performics,

8    Vivakey.

9      Q.    What does that company do?

10     A.    They do search engine optimization.

11     Q.    Can you explain what that means?

12     A.    They manage their customers' online

13   advertising through search terms.

14     Q.    And give me the name of that company

15   again.

16     A.    Performics, P-e-r-f-o-r-m-i-c-s.

17     Q.    We'll talk about that later.  Let's get

18   a little background.

19          Can you give me your educational

20   background after high school.

21          Hold on one second.

22     MR. WASSERMAN:  Let's go off the record.

23               (WHEREUPON, discussion was had

24               off the record.)



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

7

```
 1    BY MR. LEFKOFSKY:

 2         Q.    Can you give me your educational

 3    background post-high school.

 4         A.    Yes.  I have a BA from DePaul

 5    University in 1997, an MBA from the University of

 6    Illinois at Chicago, 2002.

 7         Q.    Was your BA in anything, any majors?

 8         A.    English literature.

 9         Q.    Okay.  I'm sorry, an MBA in 2002?

10         A.    Correct.

11         Q.    That was from DePaul also?

12         A.    No, University of Illinois at Chicago.

13         Q.    Meaning the Chicago campus?

14         A.    Correct.

15         Q.    All right.  Was that MBA full-time or

16    night school?

17         A.    Full-time.

18         Q.    Two-year program?

19         A.    Correct.

20         Q.    Okay.  Other than the MBA, have you had

21    any other formal education?  I'm not insinuating

22    that that's not enough.  I'm just asking, have you

23    had any more?

24         A.    No, I have not.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

8

1       Q.      Since your MBA, have you taken any --

2   attended any seminars or lectures regarding any of

3   the -- any of the business that you've done?  Have

4   you been to seminars or lectures?

5       A.      Not that I recollect, no.

6       Q.      Okay.  Did you go right to college

7   after high school?

8       A.      Yes, I did.

9       Q.      All right.  And did you work at all

10  during your college years?

11      A.      All four years.

12      Q.      Okay.  Any work relating to media,

13  computers, anything like that?  I don't mean an

14  odd job.

15      A.      No.

16      Q.      Then post-college -- you graduated in

17  what year?

18      A.      1997.

19      Q.      Okay.  So you had time before you went

20  to your MBA program?

21      A.      That's correct.

22      Q.      Did you work between that time?

23      A.      Yes, I did.

24      Q.      At what jobs?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

9

1        A.      I was an administrative assistant at

2    Towers Perrin.  I was like an HR assistant at

3    System Software Associates in Chicago.  I was an

4    HR manager at Klaff Realty Corporation.

5        Q.      I just want to break it down a little

6    bit, so let's go back to -- give me the name of

7    the company, the first job.

8        A.      First job post-college?

9        Q.      Yes.

10       A.      Would have been First Real Estate.

11       Q.      Doing what?

12       A.      I was an appraiser.

13       Q.      And then do you remember when you

14   stopped that job?

15       A.      No, I don't.

16       Q.      Okay.  Next job?

17       A.      System Software Associates.

18       Q.      For what company?

19       A.      System Software Associates.

20       Q.      Oh, I'm sorry.  That was the name of

21   the company?

22       A.      Correct.

23       Q.      What did you do?

24       A.      I was an administrative assistant.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

10

1      Q.    Do you remember what your daily job

2   responsibilities were?

3      A.    I did some payroll stuff, I pulled

4   files.  I don't really remember.

5      Q.    Do you remember when you left that job?

6      A.    No, I do not.

7      Q.    Okay.  And your next job was?

8      A.    Klaff Realty.  No, Towers Perrin.

9      Q.    Okay.  Doing what?

10     A.    I was a temp there, administrative

11   work.

12     Q.    When you say "administrative," give me

13   an example.  What does that mean?

14     A.    Making appointments for somebody who I

15   worked for, sometimes even personal appointments,

16   doing letters for them, editing things, things

17   like that.

18     Q.    Okay.  And do you remember when you

19   stopped that job?

20     A.    I don't.

21     Q.    And we're all between the time of

22   graduating from college before the MBA?

23     A.    That is correct.

24     Q.    Any other jobs besides those three?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

11

1    A.    Klaff Realty, HR manager.  I left that

2 job to go to graduate school.

3    Q.    Okay.  And as an HR manager at Klaff

4 Realty, what did you do?

5    A.    I created an employee handbook, I

6 administered the payroll.  I don't really remember

7 what else.  Those were basic duties.

8    Q.    Where is that company located?

9    A.    111 West Jackson, I believe.

10    Q.    How long did you work there for?

11    A.    I don't remember.

12    Q.    It's K-l-a-f-f?

13    A.    That's correct.

14    Q.    Now, you didn't have -- how many

15 employees, do you remember, were at that company

16 approximately?

17    A.    I don't remember.

18    Q.    More than ten?

19    A.    Yes.

20    Q.    More than 50?

21    A.    No.

22    Q.    Okay.  And you were handling HR duties,

23 human resource duties, correct?

24    A.    Correct.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

                                    12

1        Q.     Did you have any experience in HR or

2   any HR-related duties prior to that job?

3        A.     Only from SSA when I transferred from

4   an admin assistant to an HR assistant.

5        Q.     Okay.   It was the job prior to -- it

6   was a job prior to Klaff?

7        A.     Yes.

8        Q.     Okay.   And when you transferred into a

9   role as an assistant at that job -- we're prior to

10  Klaff right now -- what were your job

11  responsibilities in that role as an assistant?

12       A.     I don't remember.

13       Q.     Okay.   Let's go back to Klaff for a

14  minute.   You said you were involved in employee

15  handbooks?

16       A.     An employee manual, I believe.   I don't

17  remember.

18       Q.     What were you doing specifically with

19  respect to the employee manual?

20       A.     I took one that we had previous and I

21  updated it using advice from our attorney.

22       Q.     Who was the attorney?

23       A.     I don't know.

24       Q.     Did you talk to the attorney?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

13

1        A.    Yes.

2        Q.    Do you remember what firm the attorney

3    was at?

4        A.    I don't.

5        Q.    Okay.  So you updated the manual?

6        A.    I did.

7        Q.    Now, did Klaff also have a handbook or

8    would -- that manual acted as combined

9    manual/handbook?

10       A.    There was only one book.

11       Q.    Okay.  And that was something all the

12   employees received?

13       A.    Yes, it is.

14       Q.    And do you remember any of the issues

15   that you would have updated in that manual?

16       A.    I don't remember.

17       Q.    Do you remember at all in your

18   performance of your HR responsibilities at Klaff

19   dealing with Fair Labor Standards Act issues?

20       A.    No, I don't remember.

21       Q.    Overtime issues?

22       A.    No.

23       Q.    Classification of employees?

24       A.    No.



ESQUIRE
an Alexander Galle Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

14

1      Q.     Exempt or non-exempt?

2      A.     No.

3      Q.     Were you aware while you were

4  performing HR functions at Klaff about the Fair

5  Labor Standards Act?  I'm just asking if you were

6  aware of it.

7      A.     Yes.

8      Q.     Okay.  Tell me what you knew about it.

9      A.     Going into it I knew nothing, and now I

10  don't remember much of it other than what's

11  reviewed for this case.

12      Q.     Okay.  Maybe you didn't understand my

13  question.

14          I was sort of asking -- while you were

15  performing HR duties at Klaff, I think you said

16  you didn't update the manual with respect to

17  anything relating to the Fair Labor Standards Act.

18  I was asking if you were aware of it at that time.

19      A.     Yes, I was aware of the FLSA.

20      Q.     Okay.  Tell me, at that point in time

21  when you were aware of it, do you remember

22  anything specific about it that you were aware of?

23      A.     No.  I read it in the manual and I

24  discussed it with the attorney.  The details I do



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

15

1   not remember.

2       Q.    It was in the manual already?

3       A.    Yes.

4       Q.    All right.  So you were aware -- were

5   you aware that certain employees were entitled to

6   receive overtime pay under the act?

7       A.    Yes.

8       Q.    Were you aware that other employees

9   were not entitled to receive overtime pay even if

10  they worked overtime?

11      A.    Yes.

12      Q.    Did you understand anything about that

13  separation or classification?

14      A.    Not that I remember.

15      Q.    But it was in the manual?

16      A.    Yes.

17      Q.    All right.  And you spoke to the

18  attorney about it?

19      A.    Yes.

20      Q.    Okay.  And you made no revisions to the

21  best of your recollection with respect to anything

22  relating to the FLSA?  And that's the Fair Labor

23  Standards Act.  Overtime, exempt, non-exempt, that

24  wouldn't have been something you revised?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

16

1          A.     I don't remember.

2          Q.     Okay.  While you were at Klaff, do you

3     recall whether you were an exempt or non-exempt

4     employee?

5          A.     I was a non-exempt employee.

6          Q.     Why was that?

7          A.     I'm sorry.  I was an exempt employee.

8          Q.     You were exempt at Klaff?

9          A.     That's correct.

10         Q.     Why is that?

11         A.     Because I was an exempt employee deemed

12    by the company as exempt.  I was paid a salary, so

13    they didn't anticipate that I would receive hourly

14    overtime based on the exempt status of being

15    salaried.

16         Q.     So just to be clear, are you saying

17    your understanding is you were exempt because you

18    were salaried?

19         A.     Yes.

20         Q.     Was there any other reason why you were

21    designated an exempt employee at Klaff?

22         A.     Not that I'm aware of.

23         Q.     Did you ever ask anybody?

24         A.     No, I did not.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

17

1          Q.    Was it your understanding while you

2     were at Klaff that all salaried employees were

3     exempt?

4          MR. WASSERMAN:   Don't speculate.

5     BY MR. LEFKOFSKY:

6          Q.    I'm not asking you to guess.

7          A.    I don't remember.

8          Q.    By the way, at any time if I ask you a

9     question -- because there are times where your

10    lawyer may not instruct you not to speculate -- I

11    don't want you to guess.   I really don't.   I only

12    want you to tell me to the best of your ability

13    what you do know, what you do remember.

14              If you can recall, that's great.   If

15    you really can't, that's the answer I want you to

16    give me.   Okay?

17         A.    Uh-huh.

18         Q.    Do you recall at Klaff any employees

19    that were non-exempt?

20         A.    No, I do not.

21         Q.    While you were at Klaff -- I think you

22    said you didn't remember when you left Klaff.   Was

23    that your last job before school?

24         A.    Yes.



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

18

1       Q.      Do you know how long you were working

2   there approximately?

3       A.      I don't.

4       Q.      Would it have been less than a year?

5       A.      Yes.

6       Q.      All right.  Do you recall whether or

7   not during the time you worked at Klaff you worked

8   more than 40 hours a week for any given week?

9       A.      I don't recall.

10      Q.      Is it possible that you did?

11      A.      Sure.

12      Q.      Okay.  Did you -- have you ever made a

13  claim for overtime pay for any other employer that

14  you worked for?

15      A.      No.

16      Q.      Okay.  Let me get to school.  We know

17  you stopped Klaff and you went to two years of

18  school full-time.

19              Did you work during the time you were

20  getting your MBA?

21      A.      I did.

22      Q.      For --

23      A.      For the university.  I had an

24  assistantship.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

19

1     Q.     I'm sorry?

2     A.     I had a fellowship in the University of

3  Illinois at Chicago MD/PhD program.

4     Q.     What did you do from a work --

5     A.     Administrative tasks.  I pulled

6  together resumes of faculty, I scheduled luncheons

7  for the students that were part of the program, we

8  scheduled interviews for new candidates, things

9  like that.

10    Q.     You said something about PhD.  You

11 don't have a PhD?

12    A.     No, I do not.

13    Q.     Is that something you plan on getting

14 or no?

15    A.     I don't know.

16    Q.     Okay.  But you are not currently taking

17 any classes to get a PhD?

18    A.     No, I am not.

19    Q.     Okay.  So after you graduated with your

20 MBA in 2002, can you tell me -- you had no further

21 schooling after that?

22    A.     No.

23    Q.     Can you take me through chronologically

24 the jobs that you worked at?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

20

1          A.     I had a temporary job in the summer

2   working for a company called Stellant.  I was

3   hired full-time by Advertising.com in January --

4   yes, January of 2004.  I worked for them through

5   August of 2006.

6          Q.     Let me stop you for a minute.  The

7   first job, what did you do?

8          A.     At Advertising.com or at Stellant?

9          Q.     The one right after your MBA.

10         A.     I was a temporary employee.  I helped

11  the finance department pulling contracts for

12  renewals, things like that.

13         Q.     Got it.  Next job was where?

14         A.     Advertising.com.

15         Q.     And you were there for a couple of

16  years?

17         A.     Yes.

18         Q.     Okay.  Tell me what you did at

19  Advertising.com.

20         A.     I was an account manager.

21         Q.     Okay.  Full-time job?

22         A.     Yes.

23         Q.     And tell me what your job

24  responsibilities were on a daily basis at



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

PENNY VERKUILEN                                    FEBRUARY 25, 2010

21

1    Advertising.com.

2         A.    I handled -- once our account

3    executives had sold the business, I managed the

4    account moving forward.  I pulled reporting.  I

5    pulled reports together for the client.  I

6    contacted the client if there were any problems in

7    the delivery of their ad campaigns.

8         Q.    Okay.

9         MR. LEFKOFSKY:  Can you read me that answer

10   back.

11                    (WHEREUPON, the record was

12                    read by the reporter.)

13   BY MR. LEFKOFSKY:

14        Q.    Okay.  Let me break it down a little

15   bit.  I should have asked this a few minutes ago.

16                    What did or does Advertising.com do?

17        A.    They are an advertising network.

18        Q.    Explain to me what that means.  What do

19   they do?

20        A.    They buy and sell inventory online

21   space.

22        Q.    Is that similar to what MediaBank does

23   or different?

24        A.    No, it's different.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

22

1       Q.      Okay.  But it's in the advertising

2    industry?

3       A.      That's correct.

4       Q.      And is it a sort of Internet-based

5    company?

6       A.      It used to be.  It's owned by

7    AOL TimeWarner.

8       Q.      It was when you worked there or it is

9    now?

10      A.      Both.  It was acquired while I worked

11   there.

12      Q.      All right.  That's a company in the

13   Chicago area?

14      A.      They have a sales office here.  Their

15   home office is in Baltimore, Maryland.

16      Q.      Did you work in Baltimore or Chicago?

17      A.      I worked in Chicago.

18      Q.      Okay.  You worked at the Chicago office

19   of Advertising.com or did you work out of your

20   home?

21      A.      I worked at the office.

22      Q.      Okay.  And you were explaining some of

23   your job responsibilities as an account manager,

24   and it sounded like you were -- you said "once the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

23

1    business was sold."

2               I assume you mean once the business was

3    sold to the client, once the client bought the

4    product, you dealt with the client.  Is that what

5    you did there?

6         A.    That's correct.

7         Q.    Okay.  And what clients, if you

8    remember, during the two years that you were there

9    did you work with?

10        A.    I worked with lots of clients.

11        Q.    Any names that you can recall?

12        A.    Circuit City, E*TRADE are the two that

13   I remember.

14        Q.    Were those two of the accounts that you

15   had more responsibility with?

16        A.    Yes.

17        Q.    And for Circuit City or E*TRADE -- if

18   it's the same for both, that's fine -- tell me

19   specifically how much contact you had with them.

20   Was it daily, was it weekly?

21        A.    It depended.

22        Q.    Did you go onsite?

23        A.    No.

24        Q.    Was there any training involved?



ESQUIRE
an Alexander Galle Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

24

1       A.      In-house training, yes, through my
2   company.
3       Q.      Training of the client or training of
4   you?
5       A.      Training of me.
6       Q.      Okay.  Tell me about the training of
7   you.  What training did you need to perform your
8   duties at Advertising.com?
9       A.      Proprietary system training for
10  internal systems that we used, software.
11      Q.      From sort of a simple terminology, you
12  needed to learn how to use their system and
13  software?
14      A.      That's correct.
15      Q.      Was there something unique about it?
16  Was it difficult to learn?
17      A.      No.
18      Q.      How long was the training?
19      A.      I don't remember.
20      Q.      Okay.  Your training that you received
21  at Advertising.com, has that applied at any job
22  you have had after Advertising.com?  That
23  training, have you been able to use it in other
24  jobs?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

25

1        A.    No.

2        Q.    Okay.  It was specific to that company?

3        A.    Yes.

4        Q.    All right.  And once you were trained,

5    did you train anybody else?

6        A.    I did not.

7        Q.    Okay.  And there was no client

8    training?

9        A.    No.

10       Q.    Okay.  But you did have client contact?

11       A.    Correct.

12       Q.    With respect to what issues?  What

13   would you communicate with the client about?

14       A.    Largely if their campaigns were under-

15   or over-performing, if they weren't going to hit

16   their goals or if they had exceeded their budget.

17       Q.    When you say "campaign" -- let's take

18   Circuit City.  Like Circuit City had an

19   advertising campaign, but it wasn't bringing in --

20   the revenue wasn't hitting -- the consumer -- what

21   would the issue be?

22       A.    The issue would be we were either

23   spending too little of their money advertising or

24   too much of their money advertising.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

26

1       Q.      So at Advertising.com, part of what you

2   did was deal with the dollars being spent by the

3   client and whether those dollars were being spent

4   properly?

5       A.      Yes.

6       Q.      Okay.  And did you advise the client on

7   those issues?

8       A.      Sometimes I advised internal team

9   members.

10      Q.      Internal team members of

11  Advertising.com?

12      A.      Correct.

13      Q.      If you were working with a client such

14  as Circuit City, would you be the only account

15  manager on that account or were there multiple

16  account managers?

17      A.      I don't remember.

18      Q.      Okay.  While you were at

19  Advertising.com, were you the only account

20  manager?

21      A.      No.

22      Q.      Were there others?

23      A.      There were others.

24      Q.      Any idea how many?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

27

1        A.      No idea.

2        Q.      In the Chicago office, any idea how

3    many?

4        A.      Two others in the Chicago office.

5        Q.      Okay.  So with you, three altogether?

6        A.      From what I remember.

7        Q.      Okay.  Did that company have an

8    employee handbook or manual that you received when

9    you worked there?

10        A.      I don't remember.

11        Q.      Do you remember if you were classified

12    as -- you understood the Fair Labor Standards Act

13    at that point?

14        A.      Yes.

15        Q.      You understood some employees aren't

16    entitled to overtime pay?

17        A.      Yes.

18        Q.      You understood the classification of

19    exempt versus non-exempt?

20        A.      Yes.

21        Q.      Did you have a classification at

22    Advertising.com?

23        A.      I was exempt at Advertising.com.

24        Q.      You were exempt?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

28

1      A.    Yes.

2      Q.    Who told you you were exempt?

3      A.    The hiring manager or the HR people.  I

4  was a commissioned employee there, so I was an

5  exempt employee.

6      Q.    You are saying you were exempt, meaning

7  you were not entitled to overtime pay, right?

8      A.    Uh-huh.

9      Q.    Because you were commissioned?

10     A.    Correct.

11     Q.    Okay.  So is it your understanding that

12  a commissioned employee is not entitled to

13  overtime pay?

14     A.    I don't know.  That was my

15  understanding then.

16     Q.    Okay.  Did you follow up and confirm

17  that with anyone?

18     A.    I did not.

19     Q.    Did you during the time you worked at

20  Advertising.com -- and this is about a two-year

21  period?

22     A.    Uh-huh, two and a half.

23     Q.    Two and a half years.  Ever have a week

24  where you worked more than 40 hours a week?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

29

1       A.      Absolutely.

2       Q.      That was commonplace?

3       A.      Yes.

4       Q.      On average, what were your hours at

5   Advertising.com?

6       A.      9:00 until 6:00, but if we were

7   traveling it could be longer.

8       Q.      Okay.  9:00 to 6:00 with a -- did you

9   get a lunch break?

10      A.      Yes.

11      Q.      Was it typically an hour?

12      A.      No.

13      Q.      Less?

14      A.      Yes.

15      Q.      Okay.  So -- I don't know if I asked

16  this a few minutes ago.  You don't have sort of an

17  average of what your workweek was, how many hours

18  you worked?

19      A.      No.

20      Q.      But sort of 9:00 to 6:00?

21      A.      Yes.

22      Q.      Unless you traveled?

23      A.      Yes.

24      Q.      When you traveled, you were going to a



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

30

1     client's office?

2         A.    No.   It typically was internal travel

3     for meetings.

4         Q.    For the company?

5         A.    Yes.

6         Q.    When you say -- when you traveled, your

7     hours were generally more or less?

8         A.    More.

9         Q.    Let me just ask this question:  More

10    because of the travel time or more because when

11    you got to where you were going you worked more

12    hours?

13        A.    Because of the travel time at that

14    time.

15        Q.    So it would be that the time you were

16    traveling was typically more than an eight-hour

17    day?

18        A.    Correct.

19        Q.    Okay.  Did you keep track of your hours

20    while you worked there?

21        A.    No.

22        Q.    You didn't clock anything, no

23    timecards, no timesheets?

24        A.    No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

31

1    Q.    Okay.  Did you perform any HR

2    responsibilities at Advertising.com?

3    A.    No.

4    Q.    Did they have an HR person?

5    A.    Yes.

6    Q.    Do you remember who that was?

7    A.    No.

8    Q.    Do you remember any communications you

9    had with the HR person regarding your status as an

10   exempt employee?

11   A.    No.

12   Q.    Do you remember raising that issue at

13   all with anyone?

14   A.    No.

15   Q.    Okay.  Now, we are going to get to this

16   in a minute, but you were an account manager at

17   MediaBank also, correct?

18   A.    That was my hiring title, yes.

19   Q.    Right.  Are you saying you weren't an

20   account manager?

21   A.    I don't know.

22   Q.    Well, I'll ask you:  Were you an

23   account manager at MediaBank?

24   A.    That was my title when I was hired.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

32

1    Q.    Is that what you did?

2    A.    That was my title when I was hired.

3    Q.    Is that what you did at MediaBank?  Did

4  you perform the duties and responsibilities of an

5  account manager?

6    A.    I don't know.

7    Q.    Why is it that you don't know?  You

8  worked there for more than 18 months.

9    A.    Correct, I did.

10    Q.    Okay.  Explain to me how you don't know

11  what you did there.

12    A.    I know what my job title was when I was

13  hired.  I know the transitions I went through as

14  an employee at that company.  I know when and

15  where my job duties changed.  I don't know if an

16  account manager title is appropriate or not.

17    Q.    Was it appropriate for you at

18  Advertising.com?

19    A.    Yes.

20    Q.    Tell me all the differences of what you

21  did at Advertising.com compared with what you did

22  at MediaBank.

23    A.    At Advertising.com, I was client-facing

24  almost all the time.  At MediaBank I was --



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

33

1       Q.      I was going to ask you about MediaBank.

2    Go ahead.

3       A.      At MediaBank it was internal and

4    client-facing, and that changed throughout time

5    from one product to another.

6       Q.      Okay.  Part of your job responsibility

7    at MediaBank was client-facing?

8       A.      Yes.

9       Q.      And that was the same job

10   responsibility you had at Advertising.com?

11      A.      Correct.

12      Q.      So tell me all the other differences of

13   what you did -- so you are saying that at

14   Advertising.com you had more client-facing?

15      A.      At Advertising.com I was the client

16   contact for services we were providing the client.

17   At MediaBank I was providing not -- I wasn't

18   selling anything.  I was providing support for the

19   client, or training or what have you.

20      Q.      Okay.  What were you selling to the

21   client at Advertising.com?

22      A.      We were selling media to them as a

23   sales team.

24      Q.      So you were part of a sales team



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

34

1   selling a product?

2       A.    That's correct.

3       Q.    Okay.  Did you handle client support

4   issues at Advertising.com?

5       A.    No, because we didn't have them.

6       Q.    Didn't have them?  Once you sold the

7   product that was it?

8       A.    Basically.

9       Q.    Okay.  So any other differences between

10  what you did at Advertising.com --

11      A.    None that I can remember, no.

12      Q.    All right.  And as you sit here today,

13  do you think the role -- your role and

14  responsibility at Advertising.com was more

15  substantial or more important to that company than

16  your role and responsibility at MediaBank?

17      A.    I don't know.

18      Q.    Why is it that you don't know?  Why is

19  it that you can't answer that?  I'm asking what

20  you think.  I'm really just sort of trying to find

21  out what is it that's preventing you from

22  answering that.

23      A.    Because I can't answer for the

24  companies that I worked for what they thought my



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

35

1  roles and responsibilities were.  I can only

2  answer for myself.

3       Q.      Perfect.  That's all I'm asking you to

4  do.  I just want to know what you think, not what

5  the company thinks.

6       A.      Repeat the question, please.

7       MR. LEFKOFSKY:  Can you read the initial

8  question back?

9                  (WHEREUPON, the record was

10                 read by the reporter.)

11 BY MR. LEFKOFSKY:

12      Q.      I'm really asking what you think, not

13 the company.  I agree with you.

14      A.      No, I don't think so.

15      Q.      You don't think it was more important

16 or substantial at Advertising.com?

17      A.      Correct.

18      Q.      Okay.  You think your role and

19 responsibility at MediaBank was more important to

20 that company?

21      A.      No.  That's not what I said.  I said

22 they are equal.

23      Q.      Equal, okay.

24      A.      Neither one is more important than the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

                                    36

1    other.

2         Q.    Fair enough.  Do you think your

3    classification as an exempt employee at

4    Advertising.com was the proper classification?

5         MR. WASSERMAN:  I would object.  That calls

6    for a legal conclusion.

7         MR. LEFKOFSKY:  Fair enough.

8    BY MR. LEFKOFSKY:

9         Q.    You can answer it.

10        MR. WASSERMAN:  You can answer over the

11   objection, but it calls for a legal conclusion.

12        THE WITNESS:  I'm sorry.  Will you repeat the

13   question.

14                (WHEREUPON, the record was

15                read by the reporter.)

16   BY THE WITNESS:

17        A.    Yes, I do.

18   BY MR. LEFKOFSKY:

19        Q.    Okay.  Why is that?

20        A.    Because I was paid commissions.

21        Q.    That's the sole reason?

22        A.    It's not the sole reason, but it's one

23   of the reasons.

24        Q.    Give me all the other reasons.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                FEBRUARY 25, 2010

37

1    A.    I don't have any other reasons.

2    Q.    But there are more?

3    A.    There could be.  I don't know.

4    MR. WASSERMAN:  That whole line of

5    questioning is legal conclusion.

6    MR. LEFKOFSKY:  The objection can go to the

7    whole line.  I'm not asking you to object to each

8    question.  That's fine.

9    BY MR. LEFKOFSKY:

10   Q.    All right.  You left Advertising.com in

11   2004?

12   A.    2006.

13   Q.    2006, okay.  I thought you graduated

14   school in 2002.  Was I wrong?

15   A.    I did graduate in 2002.

16   Q.    And you only worked at Advertising.com

17   for two and a half years?

18   A.    That's correct.

19   Q.    What was your other job in that time

20   frame?

21   A.    Before or after?

22   Q.    Well, it would be before, right?

23   A.    I was a temporary employee.

24   Q.    Got you.  Okay.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

38

1          So then Advertising.com, 2006?

2     A.   Correct.

3     Q.   What was your next job?

4     A.   MrSkin.com.

5     Q.   Tell me what you did at MrSkin.com.

6     A.   I sold ad space on their web site.

7     Q.   Okay.  What does MrSkin.com do?

8     A.   MrSkin.com sells content and video

9  files online to subscribed members.

10     Q.   That's different than what

11  Advertising.com did?

12     A.   Sort of.  Not really.

13     Q.   Is it different than what MediaBank

14  did?

15     A.   Yes.

16     Q.   Okay.  So in some ways it was similar

17  to what Advertising.com did?

18     A.   Yes.

19     Q.   What was -- did you have a job title

20  there?

21     A.   No.  I mean the VP -- they had these

22  funny catch names, and it was Traffic Girl or

23  something.

24     Q.   That was sort of a title the VP gave



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

39

1    you?

2         A.    Yes, VP of marketing.

3         Q.    Traffic Girl?

4         A.    Yes.

5         Q.    I got you.  Okay.

6               What was your -- give me sort of

7    day-to-day job responsibilities.

8         A.    To try to sell advertising on their web

9    site to clients.

10        Q.    Okay.

11        A.    To businesses, advertisers.

12        Q.    To the advertiser or to the user of the

13   advertisement, which one?  Like Circuit City isn't

14   an advertiser.  That's what you did at

15   Advertising.com, you sold things to Circuit City?

16        A.    No.

17        Q.    No?

18        A.    Well, we sold both.  We sold media

19   on -- we bought media on Circuit City's behalf.

20   At MrSkin.com I was selling MrSkin.com inventory

21   to clients.

22        Q.    Okay.  So it was sales again?

23        A.    Yes.

24        Q.    In that way it was similar to



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

                              40

1    Advertising.com?

2         A.    Correct.

3         Q.    Was it commission-based?

4         A.    Yes.

5         Q.    Solely commission-based?

6         A.    No.

7         Q.    Give me the breakdown of how you got

8    paid.

9         A.    I got paid an annual salary and

10   bonuses.

11        Q.    How long did you work at MrSkin.com?

12        A.    Six months, I believe.

13        Q.    What was your annual salary when you

14   were hired?

15        A.    45,000.

16        Q.    And was the bonus discretionary or

17   non-discretionary?

18        A.    It was non-discretionary.  It was based

19   on a percentage of numbers that I hit.

20        Q.    So it was unknown, but

21   non-discretionary?

22        A.    Correct.

23        Q.    You might not get a bonus, but if you

24   hit numbers you would?



ESQUIRE
an Alexander Galle Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                        FEBRUARY 25, 2010

                                  41

1        A.      Correct.

2        Q.      What sort of commission did you make on

3    top of the salary?  Do you remember the breakdown

4    of --

5        A.      No, I don't remember.

6        Q.      Do you remember in the six months you

7    were there how much you made?

8        A.      No, I don't remember.   In bonuses?

9        Q.      No, total.

10       A.      No, I don't remember.

11       Q.      Do you remember what your bonus was?

12       A.      Yes.

13       Q.      What was it?

14       A.      $5,000.

15       Q.      Okay.  And that was a percentage of

16   your commission?

17       A.      Yes.

18       Q.      All right.  While you were at

19   Advertising.com, was your total compensation

20   commission?

21       A.      No.

22       Q.      There was some salary, too?

23       A.      Yes.

24       Q.      Okay.  What was your salary when you



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

                              42

1    started there?

2         A.    I believe it was 55,000 plus

3    commission.

4         Q.    All right.  Any bonus?

5         A.    Commission bonus, yes.

6         Q.    Commission was the bonus?

7         A.    Yes.

8         Q.    Whereas at Mr. Skin it was commission,

9    salary plus bonus, right?

10        A.    No.

11        Q.    I'm wrong.  Okay.  We're calling

12   "commission" and "bonus" the same thing, right?

13   You're saying your bonus was your commission at

14   MrSkin.com?

15             Here's what I thought:  I thought you

16   got paid a salary at Mr. Skin, then you got

17   commission based on sales, then you got an extra

18   bonus based on that.  Am I wrong?

19        A.    I don't know.  I don't understand the

20   question.  I don't remember.

21        Q.    Fine.  Let's go to Advertising.com.

22   Tell me how you were paid.

23        A.    I was paid an annual salary plus

24   commission.  Commission was paid monthly.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

43

1      Q.    Annual salary was 55,000 when you

2  started?

3      A.    Yes.

4      Q.    Did that change at all?

5      A.    I don't remember.

6      Q.    You don't know if it went up or down?

7      A.    I don't remember.  I think my variable

8  compensation plan went up.

9      Q.    All right.  Meaning that may have

10  included higher commission percentage?

11      A.    Yes.

12      Q.    All right.  And you were there about

13  two and a half years?

14      A.    Correct.

15      Q.    Do you remember -- this will give us an

16  idea what your commission was.  Do you remember

17  what you made the first year you were there?

18      A.    Over 65,000.

19      Q.    All right.  Do you remember the second

20  year?

21      A.    Over 90,000.

22      Q.    Then you were there about another six

23  months?

24      A.    Correct.



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

44

1          Q.     Do you remember what you were on track

2     to make at that point in time?

3          A.     I don't remember.

4          Q.     Okay.  And other than the salary and

5     commission, there was no extra bonus at

6     Advertising.com?

7          A.     Correct.

8          Q.     Was there any other form of

9     compensation?  Was there stock options?

10         A.     When I was hired, yes.

11         Q.     Okay.  Tell me what you remember about

12    the stock options that you received.

13         A.     They were part of my employment, my

14    offer of employment, and they were fully vested

15    and paid out to us by AOL when we were acquired in

16    cash, no vesting.

17         Q.     So originally you got stock options;

18    when AOL acquired the company you got cash for

19    those?

20         A.     That's correct.

21         Q.     All right.  And do you remember how

22    much cash you received for those options?

23         A.     I don't remember, no.

24         Q.     Do you remember how many options you



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

45

1  had?

2        A.    Yes.

3        Q.    How many?

4        A.    A thousand.

5        Q.    And you received those at the time of

6  hiring?

7        A.    Yes.

8        Q.    Do you remember, not the exact time

9  frame, but how many months or years it was from

10 the time you started as Advertising.com until AOL

11 acquired the company?

12       A.    It was, I believe, about eight months.

13       Q.    Eight months into it?

14       A.    I believe so.

15       Q.    And after AOL acquired the company,

16 your job responsibilities didn't change at all?

17       A.    No, they did not.

18       Q.    Still account manager?

19       A.    Yes.

20       Q.    Doing basically the same thing?

21       A.    Correct.

22       Q.    Okay.  Then we got to MrSkin.com,

23 and -- I don't know if you told me this -- how

24 long were you there for?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

                                   46
1          A.    About six months.

2          Q.    And we talked about your compensation.

3          A.    Yes.

4          Q.    Now, did you perform any HR-related

5    functions at MrSkin.com?

6          A.    No, I did not.

7          Q.    And none at Advertising.com?

8          A.    That's correct.

9          Q.    You told me Advertising.com had an HR

10   person?

11         A.    Yes.  Department.

12         Q.    But you don't remember who you dealt

13   with?

14         A.    No, I don't.

15         Q.    Did MrSkin.com have an HR department or

16   person?

17         A.    Yes.

18         Q.    Do you remember who that was?

19         A.    Yes.

20         Q.    Who?

21         A.    Christine -- her maiden name would have

22   been McBride.  I don't know what her married name

23   is.

24         Q.    She was the main HR contact you had?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

47

1        A.    Yes, she was.

2        Q.    Did you receive a manual or handbook

3    when you worked there?

4        A.    I don't remember.

5        Q.    Do you remember -- you were aware at

6    the time you worked at MrSkin.com of the Fair

7    Labor Standards Act and that certain employees

8    were entitled to overtime pay, right?

9        A.    Correct.

10       Q.    Were you exempt or non-exempt at

11   MrSkin.com?

12       A.    I don't remember.

13       Q.    Don't remember any classification.

14              Did you work -- what was your average

15   workweek at MrSkin.com?

16       A.    No more than 40 hours per week.

17       Q.    So you didn't work any overtime?

18       A.    I did not.

19       Q.    So your classification wouldn't have

20   been important to you because you wouldn't have

21   been entitled to it anyway, correct?

22       A.    I didn't think about it that way, but I

23   suppose that's correct.

24       Q.    Okay.  You knew that the act existed



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8847
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

48

1    and you knew that certain employees were exempt or

2    non-exempt, but when you went to work at

3    MrSkin.com you never asked for what your

4    classification was?

5         A.    No.  I moved away from HR.  I was no

6    longer interested in it.

7         Q.    I understand.  I guess that wasn't my

8    question, though.  I mean, you still were

9    interested -- well, I don't want to say this

10   because maybe you weren't.

11              Were you interested as an employee what

12   your status was?

13        A.    Of course.

14        Q.    Okay.  Then why when you worked at

15   Mr. Skin didn't you inquire about that?

16        A.    I don't know.

17        Q.    Okay.  And after MrSkin.com -- that was

18   sometime in 2006 that you stopped working there?

19        A.    2007.

20        Q.    2007.  What was your next job?

21        A.    (No audible response.)

22        Q.    Sometime in '07 we know you started at

23   MediaBank, right?

24        A.    After Mr. Skin?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

49

1      Q.    Was there something between Mr. Skin

2   and --

3      A.    No, there was not.

4      Q.    MediaBank was the next job?

5      A.    That's correct.

6      MR. LEFKOFSKY:  All right.  That's a good

7   place to break for a few minutes.

8              (WHEREUPON, a recess was had.)

9   BY MR. LEFKOFSKY:

10     Q.    I'm going to ask you just a couple more

11  questions going back to Advertising.com, and then

12  we'll get to MediaBank.

13             You indicated that you were exempt

14  under the Fair Labor Standards Act, so you were

15  not entitled to overtime pay while you were

16  working at Advertising.com, correct?

17     A.    I say that that's my understanding,

18  that I was an exempt employee, yes.

19     Q.    Okay.  And you didn't get overtime?

20     A.    That's correct.

21     Q.    And you didn't request any?

22     A.    That's correct.

23     Q.    Okay.  During the performance of any of

24  your duties as Advertising.com, were you able to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

50

1     exercise any of your own discretion about

2     decisions that you made and duties that you

3     performed?

4          A.    No.  It was a team decision.

5          Q.    Okay.  Explain what that means.

6          A.    There was an executive assistant

7     involved, which was the salesperson.  There was

8     also delivery people involved.  Delivery people

9     were the ones setting up the campaigns and

10    tracking them to be on pace according to the

11    customer's requests.

12         Q.    Okay.  So you did not have the

13    authority or responsibility to sort of act on your

14    own?

15         A.    No.

16         Q.    "No" meaning yes, that's true?

17         A.    No, I did not have the authority to act

18    on my own.

19         Q.    So my statement was correct when I said

20    you did not have the authority?

21         A.    Correct.

22         Q.    What about did you ever exercise any of

23    your own judgment in the performance of your

24    duties?



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

51

1     A.    No.

2     Q.    Okay.  Now, after MrSkin.com -- you

3  were only there for six months?

4     A.    Correct.

5     Q.    Why did you leave that job?

6     A.    Because we couldn't sell the ad space.

7  I was laid off.

8     Q.    Okay.  And let me backtrack and ask,

9  too, why you left Advertising.com after two and a

10 half years.

11    A.    Because I did not want to be an account

12 executive and that was my only option in Chicago,

13 so I sought new employment.

14    Q.    Did you want to perform a different

15 function at Advertising.Com but it wasn't

16 available?

17    A.    I don't know.  I don't remember.

18    Q.    But you knew you couldn't do anything

19 other than what you were doing?

20    A.    Correct.

21    Q.    And you didn't want to keep doing that?

22    A.    Correct.

23    Q.    So you went to MrSkin.com, sales

24 weren't good and they laid you off?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

52

1     A.     Correct.

2     Q.     Okay.  And then the next job you had I

3  think you said was MediaBank.

4     A.     MediaBank.

5     Q.     Okay.  Explain to me how you came to

6  hear about MediaBank.

7     A.     I applied to a posting on Monster.com

8  for a company called Blackfoot as an account

9  manager.

10    Q.     Do you remember the time frame when you

11  did that?

12    A.     It would have been March-ish of 2007.

13    Q.     Okay.  And tell me what happened next.

14  That was an ad on Monster.com for Blackfoot.  I'm

15  sorry, it was account executive?

16    A.     Account manager.

17    Q.     Account manager.  And you applied for

18  that job?

19    A.     That's correct.

20    Q.     You were unhappy, though, doing that at

21  Advertising.com?

22    A.     The position was different.

23    Q.     What was different -- what did you

24  understand the difference to be with the Blackfoot



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

53

1    position that was being offered and the position

2    you left at Advertising.com?

3        A.    I wasn't selling.

4        Q.    You mean at Blackfoot.com you weren't

5    selling?

6        A.    That's correct.

7        Q.    What were you doing?  I guess, did you

8    actually work for Blackfoot?

9        A.    No, I did not.  I was hired by

10   MediaBank.

11       Q.    But it was a Blackfoot ad?

12       A.    Correct.

13       Q.    And how did it then come -- to your

14   understanding, if you applied for a Blackfoot job,

15   how did you then start working at MediaBank?

16       A.    Because Blackfoot was acquired by

17   MediaBank.

18       Q.    Right around that same time frame?

19       A.    In June of 2007-ish, 2007-ish.

20       Q.    2007.  Okay.  Now, you were telling me

21   you understood the job -- the account manager job

22   at Blackfoot to be different than what you were

23   doing at Advertising.com, correct?

24       A.    Correct.



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                              FEBRUARY 25, 2010

                              54

1        Q.      Tell me what you understood those

2   differences to be.

3        A.      I was not in a sales position at

4   Blackfoot or MediaBank.  I was in a sales position

5   on a sales team at Advertising.com.

6        Q.      Which you grew tired of and didn't

7   like?

8        A.      That's correct.

9        Q.      So what was it about the job that was

10  advertised for Blackfoot and ultimately the job

11  you took at MediaBank that interested you other

12  than not -- other than getting away from the sales

13  aspect?  Anything else that enticed you to apply

14  for the job and to ultimately take it?

15       A.      Sure.  It was in the line of business

16  regarding advertising, and their analytics was

17  involved in it, which was a growing market

18  segment.

19       Q.      Tell me about the analytics because,

20  honestly, I'm not even sure what you are referring

21  to, so explain that to me.

22       A.      It's tracking of client campaigns.

23  Impressions, which is when you see an ad; clicks,

24  which is when you click on an ad; and then



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

55

1    whatever the price is for that.

2         Q.    So sort of tracking the success of the

3    campaign?

4         A.    Success or failure, yes.

5         Q.    All right.  And that interested you?

6         A.    Yes.

7         Q.    And that was nothing you were doing at

8    Advertising.com, correct?

9         A.    It was a little bit related.  I pulled

10   reporting at Advertising.com.  It wasn't the same

11   capacity, but it was similar metrics, yes.

12        Q.    Okay.  So while you were doing it at

13   Advertising.com, you enjoyed that aspect of your

14   work?  Obviously you wanted to do more of it

15   because you applied for the Blackfoot/MediaBank

16   job, which is what that involved.

17        A.    It was different.

18        Q.    Tell me how it was different.  You were

19   saying you did some analytics at Advertising.com?

20        A.    Right.

21        Q.    What was different about

22   Blackfoot/MediaBank?

23        A.    Different from Advertising.com?

24        Q.    Exactly.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

56

1     A.    Advertising.com, we pulled that
2   information from proprietary software.  There
3   wasn't any sort of general place for me to go and
4   pull that information for all of my clients.
5           With the position at Blackfoot, which
6   turned into an offer from MediaBank, all of that
7   information was available from the same portal.
8     Q.    And that was something that interested
9   you?
10    A.    Yes.
11    Q.    Why?
12    A.    Because it was -- stayed in my career
13  path, and it was along my same knowledge and
14  experience.
15    Q.    Okay.  Was it the -- did you see that
16  job as an ability to gain increased experience?
17    A.    I did, yes.
18    Q.    In what manner?  In what specific area?
19    A.    The software that was being developed
20  in order to track and compile the data for
21  clients.
22    Q.    And you wanted to gain experience in
23  that?
24    A.    That's correct.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

57

1      Q.    Because you saw that as sort of a

2    growing field?

3      A.    Correct.

4      Q.    Got you.  Now, you applied around March

5    of '07 for the Blackfoot job?

6      A.    Uh-huh.

7      Q.    But you were never actually hired by

8    Blackfoot?

9      A.    Correct.

10      Q.    Did someone contact you right away and

11    say, "We're involved in a deal with MediaBank;

12    we'll keep you posted"?

13      A.    No.

14      Q.    Tell me what happened.

15      A.    I interviewed with Blackfoot at their

16    office in downtown Chicago and --

17      Q.    I'm sorry.  Blackfoot had a downtown

18    Chicago office?

19      A.    That's correct.

20      Q.    Do you remember who you interviewed

21    with?

22      A.    I interviewed with Jay Lawrence.

23      Q.    Got you.

24      A.    And Martin Wesley.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

58

1        Q.    Okay.  And tell me what happened during

2    the interview.

3        A.    We discussed the position.  I was

4    brought back later to the MediaBank office once

5    acquired, and I met with additional people there.

6        Q.    Okay.  Did they tell you at that first

7    interview that there might be some delay in hiring

8    you based on this potential MediaBank acquisition?

9        A.    Not that I remember, no.

10       Q.    But, obviously, soon thereafter you

11   found out about it?

12       A.    Prior to being offered the position,

13   yes, I found out about it.

14       Q.    Okay.

15       A.    I believe not until July.

16       Q.    Which is when you started?

17       A.    That's correct.

18       Q.    Okay.  Did you ever have any other

19   interviews besides Jay Lawrence and Martin Wesley?

20       A.    Yes.  I came to the MediaBank office.

21       Q.    The current office at 600 West Chicago?

22       A.    That's correct.

23       Q.    Do you remember who you met with there?

24       A.    I met with Greg Rudin, I met with Chuck



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN

FEBRUARY 25, 2010

59

1   Wesley -- he was in the office -- Jay Lawrence

2   again, and that's all I remember.

3        Q.    And that was sort of a follow-up

4   interview?

5        A.    It was.

6        Q.    Before you were hired?

7        A.    That's correct.

8        Q.    And do you remember, was there any

9   discussion about the job that you would be doing

10  at MediaBank?

11       A.    I don't remember.

12       Q.    No details about what they wanted you

13  to do?

14       A.    I don't remember, no.

15       Q.    Is it fair to say you would have asked

16  about that?

17       A.    Yes.

18       Q.    But you just don't remember the

19  response?

20       A.    I don't remember the questions and I

21  don't remember the responses.

22       Q.    Do you remember any discussion about

23  that your starting job or your title would be

24  account manager?



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

60

1      A.      Yes.

2      Q.      During the interview process you

3  remember that discussion?

4      A.      Yes.

5      Q.      Okay.  And tell me what you remember

6  about that.  What did they tell you about what an

7  account manager does?

8      A.      I don't remember.

9      Q.      But do you think you would have asked,

10  "What does an account manager do?"

11      A.      Absolutely I would have.

12      Q.      Whatever the answer was, obviously it's

13  fair to say you were interested because you ended

14  up working there?

15      A.      Correct.

16      Q.      Did anybody provide any information to

17  you during any of those interview processes about

18  documents regarding the role of an account

19  manager?

20      A.      I don't remember.

21      Q.      When you were -- do you remember who it

22  was that offered you the job?

23      A.      I don't remember.

24      Q.      No?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

61

1      A.    No.

2      Q.    What was your understanding of what

3   your starting salary would be?

4      A.    $65,000 a year, and at the end of 12

5   months a $12,500 bonus.

6      Q.    And do you recall the breakdown of that

7   starting salary on a weekly basis?

8      A.    No.

9      Q.    Do you recall it on a bimonthly basis?

10     A.    No.

11     Q.    Monthly basis?

12     A.    I do not.

13     Q.    And do you recall whether or not -- I

14  didn't mean to interrupt you.  What did you say?

15     A.    I said I do not.

16     Q.    Do you recall whether or not that bonus

17  was discretionary or non-discretionary?

18     A.    It was not discretionary.

19     Q.    It was not discretionary?

20     A.    That's correct.

21     Q.    What do you recall about that being not

22  discretionary?

23     A.    It was included in my offer letter.  It

24  was part of my terms of employment.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

62

1      Q.      And you would have received that bonus

2   when?

3      A.      At the end of 12 months of continuous

4   employment.

5      Q.      July of '08?

6      A.      That's correct.

7      Q.      12,500?

8      A.      Correct.

9      Q.      And did you in fact get that bonus?

10      A.      I did.

11      Q.      Okay.  Did you receive any other

12   compensation other than your starting salary and

13   we know at the end of 12 months you said you

14   received a bonus?  Any other form of compensation?

15      A.      No.

16      Q.      Any stock options?

17      A.      Yes.

18      Q.      But you don't consider that a form of

19   compensation?  And it's not a trick question.  I'm

20   wondering, do you consider that a form of

21   compensation?

22      A.      I do.

23      Q.      You just forgot about that?

24      A.      Yes, because I'm no longer employed



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

63

1    there and I did not exercise my stock options.  I

2    didn't think about it.

3         Q.    But you were offered, at the time of

4    employment, stock options?

5         A.    That's correct.

6         Q.    All right.  To your knowledge, those

7    haven't vested?

8         A.    I no longer have those options.

9         Q.    Okay.  What did it take -- do you

10   recall any of specifics about what you needed to

11   do to acquire those options?

12        MR. WASSERMAN:  For the record, the stock

13   options were requested prior to the lawsuit and no

14   information was ever provided.  And once it was

15   provided they had already lapsed, and we didn't

16   proceed.

17        MR. LEFKOFSKY:  Great.  Okay.

18   BY MR. LEFKOFSKY:

19        Q.    But I'm asking you the question.

20        MR. WASSERMAN:  I understand.  But that's the

21   answer.

22        MR. LEFKOFSKY:  That's fine.  That's your

23   answer.

24   BY MR. LEFKOFSKY:



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8047
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

64

1        Q.      Do you remember what was required for

2    you to obtain those options?

3        A.      No, I do not.

4        Q.      Was that something you were interested

5    in when you took the job, the concept of having

6    these stock options?

7        A.      Yes.

8        Q.      Why?

9        A.      Because it's added value if the company

10   goes public.

11       Q.      Did you place any sort of value on the

12   options that you received?

13       A.      Dollar amount?  No.

14       Q.      You didn't have any idea what those

15   were worth?

16       A.      No.

17       Q.      I want to mark an exhibit.

18               (WHEREUPON, a certain document

19               was marked Exhibit No. D-1, for

20               identification, as of 2-25-10.)

21   BY MR. LEFKOFSKY:

22       Q.      Can you take a look at that,

23   Ms. Verkuilen.

24       A.      Okay.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

65

1        Q.      Tell me what that is.

2        A.      It's my offer letter.

3        Q.      Okay.  And you received that?

4        A.      Yes, I did.

5        Q.      And that's your signature?

6        A.      Yes, it is.

7        Q.      And that talks about your compensation,

8    correct?

9        A.      It does.

10       Q.      And that was signed by Jay Lawrence?

11       A.      I assume so.

12       Q.      I'm saying, that appears to be his

13   signature?

14       A.      I have never seen his signature outside

15   of that, so I don't know if that's his signature.

16   I assume it is his signature.

17       Q.      Fair enough.  It says in the fourth

18   paragraph down that they will recommend at the

19   company's board of directors following your start

20   date that the company grant you an incentive stock

21   option to purchase 1,000 shares of the company's

22   common stock; do you see that?

23       A.      Yes, I do.

24       Q.      And you did in fact receive that



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                          FEBRUARY 25, 2010

                                66

1    option?

2         A.    I received a certificate stating my

3    options were granted.  I never received a document

4    stating the exercise price for any of the shares.

5         Q.    Got it.  Now, in the second paragraph

6    it talks about your salary?

7         A.    Yes.

8         Q.    The 65,000?

9         A.    Yes.

10        Q.    And then it says you will be entitled

11   to 13 vacation days; do you see that?

12        A.    Yes.

13        Q.    And eight paid holidays annually?

14        A.    Correct.

15        Q.    Is it your understanding that the 13

16   vacation days were in addition to the eight paid

17   holidays?

18        A.    Correct.

19        Q.    So a total of 21 paid days off?

20        A.    Correct.

21        Q.    Was that sort of a standard that you

22   were used to from your previous jobs, 21 days, or

23   was that a little more generous?

24        A.    It was below what I was used to at my



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

67

1    old jobs.

2        Q.    What were you getting at your old jobs?

3        A.    We had 20 days of PTO in addition to

4    two weeks of sick time.

5        Q.    What's PTO?

6        A.    Paid time off.

7        Q.    So you had 20 days when you started at

8    MrSkin.com --

9        A.    I don't remember Mr. Skin.  I'm

10   referring to Advertising.com.

11       Q.    Okay.  Was that what you initially

12   started at Advertising.com or was that after two

13   and a half years?

14       A.    No, it's what I was initially started

15   at Advertising.com.

16       Q.    So it was 20 days paid time off?

17       A.    Correct.

18       Q.    Then you said two weeks --

19       A.    I don't remember.  There was also a

20   sick leave in addition to floating holidays and

21   normal holidays.

22       Q.    Got you.  And did you enroll in the

23   401(k)?

24       A.    I did.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

68

```
 1        Q.    You did?

 2        A.    Yes, I did.

 3        Q.    And that account is still yours?

 4   Whatever was in the 401(k), did that transfer to

 5   you after your termination?

 6        A.    It did.

 7                    (WHEREUPON, a certain document

 8                     was marked Exhibit No. D-2, for

 9                     identification, as of 2-25-10.)

10   BY MR. LEFKOFSKY:

11        Q.    Can you take a look at that, what we've

12   marked as Exhibit 2.

13        A.    Okay.

14        Q.    And the title of that is --

15        A.    It says "Non-disclosure."

16        Q.    "Non-disclosure."  Is that your

17   signature on the bottom?

18        A.    Yes, it is.

19        Q.    And that was at the time you were

20   hired?

21        A.    Yes, it is.

22        Q.    And did you read this document before

23   you signed it?

24        A.    Yes, I did.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

69

1       Q.      Okay.  And you understood it?

2       A.      Yes.

3       Q.      Explain to me just briefly sort of a

4   summary of what your understanding is of this

5   document.

6       A.      Basically I can't reveal MediaBank's

7   secrets to any person outside of the company.

8       Q.      Did you ask anybody at MediaBank about

9   this before you signed it?

10      A.      No, I did not.

11      Q.      You were comfortable with your ability

12  to comply with that?

13      A.      Yes.

14      Q.      And, to the best of your knowledge,

15  you've complied with that?

16      A.      Yes.

17                      (WHEREUPON, a certain document

18                      was marked Exhibit No. D-3, for

19                      identification, as of 2-25-10.)

20  BY MR. LEFKOFSKY:

21      Q.      Just tell me when you are done taking a

22  quick look at that.

23      A.      Okay.

24      Q.      That's entitled "Non-competition,"



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

70

1  correct?

2       A.    That's correct.

3       Q.    Is that your signature at the bottom?

4       A.    Yes, it is.

5       Q.    You signed this at the time that you

6  were hired by MediaBank?

7       A.    That's correct.

8       Q.    And just tell me generally your

9  understanding of that document.

10      A.    I think it's very similar to

11 non-disclosure in that I won't harm MediaBank

12 during or after my employment.

13      Q.    Well, a non-disclosure agreement has to

14 do with whom you can reveal any proprietary

15 confidential information to.

16      A.    Exactly.

17      MR. WASSERMAN:  I'm going to object to the

18 line of questioning to the extent that they call

19 for the witness to make any legal conclusion

20 related to the implication of these documents,

21 implementation of these documents.

22      MR. LEFKOFSKY:  Great.

23 BY MR. LEFKOFSKY:

24      Q.    Okay.  So we just talked about



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

71

1    non-disclosure.  But the non-competition is

2    different, right?  This doesn't have anything to

3    do with disclosing proprietary or confidential

4    information, right?

5        A.    No, right, but it has to do with

6    harming the company by either discouraging a

7    customer or possibly an employee of the company.

8        Q.    Or competing with the company in any

9    way, right?

10       A.    Sure, yes.

11       Q.    Okay.  Was that unusual?  Had you ever

12   signed a document like this before at your prior

13   jobs, a non-competition?

14       A.    I don't remember.

15       Q.    And had you ever signed a document like

16   the non-disclosure?

17       A.    I don't remember.

18       Q.    Did you ask anybody why you were being

19   asked to sign an agreement that you wouldn't

20   compete or solicit customers from MediaBank?

21       A.    I did not.

22       Q.    You were comfortable with your ability

23   to comply with this document?

24       A.    Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

                                72

1          Q.     You didn't find it unusual in any way

2     that you were being asked to execute an agreement

3     that was going to preclude you from soliciting

4     business or competing with the company?

5          A.     I didn't think about it.  No.

6          Q.     To the best of your knowledge, have you

7     at all times been in compliance with that?

8          A.     Yes.

9                      (WHEREUPON, a certain document

10                      was marked Exhibit No. D-4, for

11                      identification, as of 2-25-10.)

12    BY MR. LEFKOFSKY:

13         Q.     Just take a quick look at that.  Let me

14    know when you're all set.

15         A.     I'm ready.

16         Q.     Okay.  This is a December 4, 2007

17    letter to you, right?

18         A.     That's correct.

19         Q.     And that's John Bauschard's name;

20    whether that's his signature or not, you don't

21    know?

22         A.     That's correct.

23         Q.     Is that your signature on the bottom?

24         A.     It is.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com