73

1     Q.    Signed on December 10, 2007?

2     A.    That's correct.

3     Q.    And this is the letter in which you are

4 being advised that your incentive stock options of

5 1,000 shares have been approved by the company?

6     A.    That's correct.

7     Q.    And it talks about some additional

8 language regarding the vesting of those options?

9     A.    Right.

10     Q.    And did you have any questions about

11 this when you received it?

12     A.    I did not.

13     Q.    It made sense to you?

14     A.    Yes.

15     Q.    Okay.

16           (WHEREUPON, a certain document

17           was marked Exhibit No. D-5, for

18           identification, as of 2-25-10.)

19 BY MR. LEFKOFSKY:

20     Q.    Take a look at that, Ms. Verkuilen, and

21 when you're all set let me know.

22     MR. WASSERMAN:  Take your time.

23 BY MR. LEFKOFSKY:

24     Q.    Is that out of order?  There should be



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

                                    74

1    numbers on the bottom.

2         A.    No, it's fine.  I'm just looking at it

3    from back to front.  Okay.

4         Q.    Okay.  Do you recognize this document?

5         A.    No, I do not.

6         Q.    If you go to page 5 of it, tell me if

7    that's your signature.

8         A.    Yes, that is my signature, but I do not

9    recognize this document.

10        Q.    I understand.  That's your signature

11   and that's the date you were hired?

12        A.    That's correct.

13        Q.    Do you remember being given this

14   document at the time --

15        A.    I don't remember, no.

16        Q.    -- that you were hired?  I'm sorry?

17        A.    I don't remember, no.

18        Q.    If you look at the next page, it also

19   says page 5, but it's listed as P-0016.  Do you

20   see that?

21        A.    Uh-huh.

22        Q.    There's a signature on behalf of

23   MediaBank.

24        A.    There is.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN

FEBRUARY 25, 2010

75

1      Q.     Do you recognize that signature?

2      A.     I do not.

3      Q.     Now, at the time you signed this

4  document, do you have any recollection of having

5  read it?

6      A.     I don't.

7      Q.     Would you have signed it without

8  reading it?

9      A.     No.

10     Q.     So you would have read it before you

11  signed it?

12     A.     Yes.

13     Q.     If you didn't agree with any of it, is

14  it fair to say you wouldn't have signed it?

15     A.     Yes.

16     Q.     Can you take a look at paragraph 9 on

17  page 3.  Do me a favor and just read that.  And

18  when you're done reading it, let me know.

19     A.     Okay.

20     Q.     Do you understand that paragraph now?

21     A.     Future innovations?

22     Q.     Uh-huh.

23     A.     I think so.

24     Q.     Did you understand it at the time you



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

76

1   signed this agreement?

2        A.     I don't remember.

3        Q.     What is your understanding of it now?

4        A.     Proprietary information.

5        MR. WASSERMAN:   I object to the extent that

6   it calls for a legal conclusion.

7        MR. LEFKOFSKY:   Okay.

8   BY MR. LEFKOFSKY:

9        Q.     I'm asking you what your understanding

10  is of that paragraph.  You said "proprietary

11  information."  That's your understanding?

12       A.     No.  It says recognize that innovations

13  or proprietary information relating to my

14  activities while working for the company and

15  conceived, reduced to practice, created, derived,

16  developed or made by me, alone or with others,

17  within three months after termination of my

18  employment -- okay.

19       Q.     Is going to be the company's?

20       A.     Correct.

21       Q.     So that during your performance of your

22  job duties at MediaBank you may in fact be

23  creating innovations throughout the use of

24  proprietary information?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

77

1    A.    I guess so, yes.

2    Q.    Okay.  Did you find that unusual at the

3  time, that this paragraph was in your agreement?

4    A.    No, because it was a software company.

5    Q.    Got it.  Now take a look at

6  paragraph 13, if you can, on the next page.  This

7  is a covenant not to compete or solicit, sort of

8  similar to the other document I showed you?

9    A.    That's correct.

10    Q.    Did you find it unusual that you were

11  being requested to agree to this language in this

12  document?

13    A.    No.

14    Q.    Why not?

15    A.    Because I figured if it was in the

16  documents the company was asking me to sign it's

17  their responsibility to be sure they are doing the

18  right thing.

19  MR. WASSERMAN:  So the record is clear, she's

20  testified that she doesn't remember reading the

21  document at the time she signed it, so to ask her

22  what she remembered of the document at the time is

23  an attempt to confuse her.  I guess she can answer

24  the question, but it doesn't make a whole lot of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

78

1   sense.

2   BY MR. LEFKOFSKY:

3       Q.    Do you think it's unusual now that you

4   were asked to execute an agreement on two separate

5   occasions in which you indicated you would not

6   compete or solicit the company's business?

7       A.    No.

8       Q.    Why?

9       A.    Do I think it's unusual that I was

10  asked to sign that?

11      Q.    Yes.  You said no.

12      A.    Correct.

13      Q.    And I'm asking you why, why do you not

14  think that was unusual?

15      A.    Because it's their property --

16      Q.    Well --

17      A.    -- is my assumption.

18      Q.    Right, but this has to do with you

19  competing after your employment.

20      MR. WASSERMAN:  That's a legal conclusion

21  that I object to also.

22      MR. LEFKOFSKY:  Okay.

23  BY MR. LEFKOFSKY:

24      Q.    You don't think it's unusual that you



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

79

1    were asked to sign something that would preclude

2    you from working in a competing industry after

3    your employment?

4        MR. WASSERMAN:  She's answered that, but you

5    can ask.

6            You can answer it again.

7    BY THE WITNESS:

8        A.    I did not think it was unusual, no.

9    BY MR. LEFKOFSKY:

10       Q.    Based on the job functions that you

11   would be performing at MediaBank?

12       A.    I don't know based on what.

13       Q.    But you don't think it's unusual?

14       A.    I don't think it's unusual for a

15   software company, no.

16       Q.    Why is that?  Why do you keep

17   referencing "for a software company"?

18       A.    Because I worked for SSA and I was an

19   administrative assistant there, and there were

20   similar things like this that were going on there.

21   And I was working not in that capacity.  I was an

22   administrative assistant.  I saw documents.

23       Q.    And did you ever see documents like

24   this in your capacity as an HR -- what company was



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

80

1    that?

2          A.    Klaff Realty.

3          Q.    At Klaff?

4          A.    I don't remember.  I don't think so,

5    but I don't remember.

6                        (WHEREUPON, a certain document

7                        was marked Exhibit No. D-6, for

8                        identification, as of 2-25-10.)

9    BY MR. LEFKOFSKY:

10         Q.    Take a look at this.

11         A.    Okay.

12         Q.    And what is that document in front of

13   you?

14         A.    It's an acknowledgment of receipt and

15   understanding of employee handbook.

16         Q.    Is that your signature?

17         A.    Yes, it is.

18         Q.    On the date you were hired?

19         A.    Yes.

20         Q.    And your understanding is that this

21   indicates what?

22         A.    That I recognize the company rules for

23   employee behavior.

24         Q.    Well, the opening sentence says, "I



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

81

1    acknowledge having received a copy of the

2    MediaBank LLC employee handbook, and I agree to

3    read and become familiar with its content."

4            Do you see that?

5        A.    Yes.

6        Q.    Did you read and become familiar with

7    its content?

8        A.    Yes, I did.

9        Q.    And was there anything in that employee

10   handbook that you can recall when you did read it

11   that you thought was a problem in any way?

12       A.    I don't recall.

13       Q.    Don't recall any problems with it at

14   all?

15       A.    I don't recall.

16       Q.    Did you raise any issues with it at

17   all?

18       A.    I don't think so, no.

19                  (WHEREUPON, a certain document

20                  was marked Exhibit No. D-7, for

21                  identification, as of 2-25-10.)

22   BY MR. LEFKOFSKY:

23       Q.    Okay.  Do you see that document?

24       A.    I do.



ESQUIRE
an Alexander Galle Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

82

1          Q.     And that's your signature at the

2     bottom?

3          A.     Yes, it is.

4          Q.     Signed on the date that you were hired?

5          A.     No.  It was signed a year later.

6          Q.     Oh, a year later, I'm sorry.  So

7     explain to me what that was that you were signing

8     a year later, to your knowledge.

9          A.     It was the change from the employee

10    manual to the employee handbook, and we were

11    acknowledging the updates to that document.

12         Q.     Okay.  And you did in fact receive --

13    just to backtrack for a second.

14                When you were hired you received the

15    employee manual?

16         A.     I believe so, yes.

17         Q.     And then at the time you signed this,

18    you received the updated employee handbook?

19         A.     Correct.

20         Q.     And you indicated that you read the

21    first document you received.  Did you in fact read

22    this document?

23         A.     I did read this document, yes.

24         Q.     Do you recall anything that you read



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

83

1    that in any way in your mind was a problem or

2    created an issue or shouldn't have been in there?

3         A.    I don't recall.  No.

4         Q.    Did you at any point in time raise any

5    issues, concerns or questions about it with

6    anybody at MediaBank?

7         A.    Not that I'm aware of, no.

8                    (WHEREUPON, a certain document

9                    was marked Exhibit No. D-8, for

10                   identification, as of 2-25-10.)

11        THE WITNESS:  Okay.

12   BY MR. LEFKOFSKY:

13        Q.    Now, this is dated September 11, 2007.

14        A.    Yes, it is.

15        Q.    And is that your signature?

16        A.    Yes, it is.

17        Q.    So it's acknowledging that you received

18   the MediaBank employee handbook?

19        A.    Right.

20        Q.    This was different than the handbook or

21   the manual you received when you were hired?

22        A.    I don't know.

23        Q.    You don't recall?

24        A.    I don't recall.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

84

1       Q.      Now, it says you will agree to read and

2    become familiar with its content.  Do you see that

3    in the first sentence?

4       A.      Yes, I do.

5       Q.      Did you do that?

6       A.      Yes, I did.

7       Q.      Okay.  And do you remember anything in

8    the content of this handbook that you thought was

9    an issue or problem, incorrect in any way?

10      A.      I don't remember.  I don't know.

11      Q.      Did you raise any issues or concerns or

12   questions with anybody at MediaBank about it?

13      A.      I don't know.

14      Q.      What's that?

15      A.      I don't know.

16      Q.      You don't recall?

17      A.      I don't recall because I don't know why

18   I would have signed it on 7-23 and 9-11.

19      Q.      Okay.  But either way, at no point do

20   you remember in your review of the handbook or the

21   manual any issues or concerns that you were aware

22   of?

23      A.      I don't remember, no.

24      Q.      Don't remember reading anything that



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

                                    85

1    you thought was incorrect?

2            A.      Still no.

3            Q.      Don't remember any conversations with

4    anybody at MediaBank about issues with it?

5            A.      No.

6            MR. WASSERMAN:    She's answered that question

7    six different times, Steve.

8    BY MR. LEFKOFSKY:

9            Q.      Do you remember when you were hired at

10   MediaBank what your job title was?

11           A.      Account manager.

12           Q.      And tell me what your job duties were

13   as an account manager when you were hired.

14           A.      I received information from the

15   clients, I sent information to the clients.    I

16   also worked with internal team members to resolve

17   issues or load additional information.

18           Q.      Okay.  Let's break that down a little

19   bit.

20           MR. LEFKOFSKY:    Can you read me back the

21   answer.

22                   (WHEREUPON, the record was

23                   read by the reporter.)

24   BY MR. LEFKOFSKY:



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

86

1     Q.     What information -- when you say you

2     received information from the client, tell me what

3     you're talking about.  What type of information?

4     A.     Campaign data.

5     Q.     Campaign data?

6     A.     Right.

7     Q.     What is that?

8     A.     It's basically dollars from their

9     customer or from them if they were a direct

10    customer, impressions, clicks and any key

11    indicators that they are looking out for or that

12    they want pulled with their information.

13    Q.     Okay.  And does that encompass all the

14    information you received from clients?

15    A.     I don't remember.

16    Q.     Okay.  What did you do once you

17    received that information?

18    A.     It depended.

19    Q.     Tell me what it depended on.

20    A.     It depended on if the data matched

21    what -- the reporting system that MediaBank had

22    created or if it didn't match or if additional

23    columns needed to be added, that sort of thing.

24    Q.     Okay.  What would you do if it didn't



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

87

1  match?

2       A.    Contact the client or contact the

3  internal team, depending on where the problem

4  seemed to be coming from.

5       Q.    And do what?  Contact them, what, try

6  to fix the problem?  Tell me what you did.

7       A.    I would walk through the issue with the

8  client.  If they could provide the resolution,

9  they would.  If it was a resolution that needed to

10  come from our side, then we would handle it that

11  way.

12       Q.    Okay.  And where did you perform this

13  function, sitting at a computer?

14       A.    Yes.

15       Q.    And so when you started at MediaBank,

16  your job was basically in front of a computer?

17       A.    That's correct.

18       Q.    Were you trained at all?

19       A.    Sort of on-the-job training, yes.

20       Q.    By whom?

21       A.    Probably Jay Lawrence, and it could

22  have been additional people at MediaBank at the

23  time, but I don't remember.

24       Q.    Okay.  Tell me what that training



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

88

1    involved.

2         A.    A walkthrough of the application.

3         Q.    Application of what?

4         A.    The software.

5         Q.    What software?

6         A.    The reporting software that MediaBank

7    purchased through the acquisition of Blackfoot.

8         Q.    So you were working specifically on

9    what you recall was software purchased that

10   Blackfoot was using?

11        A.    That's correct.

12        Q.    Okay.  What was the name of that

13   software?

14        A.    I don't know.

15        Q.    What did that software do?

16        A.    It allows a user to interface so that

17   clients could pull cross-campaign reporting

18   information.

19        Q.    Okay.  So your role and responsibility

20   was to make sure that was working correctly?

21        A.    That's correct.

22        Q.    Okay.  And if it wasn't working

23   correctly --

24        A.    I worked with other people to resolve



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN

FEBRUARY 25, 2010

89

1  the issue.

2      Q.    What other people?

3      A.    Internal people at MediaBank, database

4  developers in India, Jay Lawrence, Oracle

5  developers.  It depended on the situation.

6      Q.    Okay.  And did you work with other

7  people no matter what the problem was?

8      A.    I don't remember.

9      Q.    Did you ever solve a problem yourself?

10      A.    I don't remember.

11      Q.    Okay.  In all the time you were at

12  MediaBank, you don't remember a single time where

13  you would have solved a customer problem on your

14  own?

15      A.    No, I don't remember.

16      Q.    Is it possible that you did?

17      A.    It is possible.

18      Q.    Okay.  And besides Jay Lawrence, do you

19  remember any names of people you worked with?  You

20  told me some people in India?

21      A.    Sure.

22      A.    Dan Puccini, Gina Grandinetti,

23  Melissa Le, Yuri, Aparna Khare, Greg Rudin, Jay

24  Lawrence if I didn't say that one already, a



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

90

1    couple of temps that were there for a while, a

2    couple of employees that were there short-term,

3    multiple people, people in New Jersey.

4         Q.    What was your understanding when you

5    were hired at MediaBank of what MediaBank did?

6         A.    Software.

7         Q.    You have to be a little more specific

8    than saying "software."

9         A.    Well, the project that was implemented

10   come January 1 of 2008 was not in existence when I

11   was hired.  I was not originally on that team, so

12   I had no idea.  I was working on the analytic

13   projects with Jay Lawrence and the old Blackfoot

14   team.

15        Q.    Okay.  When you were hired you were

16   working on the analytics projects with Jay

17   Lawrence and the Blackfoot team?

18        A.    That's right.

19        Q.    What were the analytics projects?

20        A.    It was a user interface for pulling the

21   campaign reporting information as I described

22   before.

23        Q.    Okay.  And that changed in January of

24   2008?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

91

1          A.     Well, my position changed in

2    December-ish of 2007.

3          Q.     Approximately five months after you

4    were hired?

5          A.     I guess, if that's the math, yes.

6          Q.     Tell me how it changed.

7          A.     I went from working on the analytics

8    system to working on the O|X system.

9          Q.     Okay.  You went from working on the

10   analytics system to the O|X system?

11         A.     Correct.

12         Q.     What is the O|X system?

13         A.     It's the operating system, software

14   MediaBank clients use to enter in campaigns, make

15   those buys, bill and pay their clients and

16   vendors.

17         Q.     How is that different from the analytic

18   system?

19         A.     Quite different.

20         Q.     Tell me how.

21         A.     It's much more in-depth and requires a

22   lot more back-end and front-end information input.

23         Q.     And did you have experience in that?

24         A.     No, I did not.



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

92

1      Q.    So how is it that you were able to

2    learn that system?

3      A.    I learned it on the job, and I was

4    taught by my peers.

5      Q.    Which peers?

6      A.    Bob Saldeen, Melissa Le, Anne Marie

7    Checcone, Ali McHone, Gina Grandinetti, lots of

8    people.

9      Q.    Was that difficult to learn?

10     A.    No.

11     Q.    Would you say it was rather complex

12   software or rather simplistic software?

13     A.    I couldn't say.

14     Q.    Why not?

15     A.    Because it was a new product.

16     Q.    But you've got a lot of experience in

17   software.

18     A.    I have this experience in software.  I

19   have used software.

20     Q.    Right.  So would you say that compared

21   to what you've used -- and I'm only asking you --

22     A.    I understand.

23     Q.    -- compared to what you have used,

24   would you say that this was complex or simplistic?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN

93

1      A.    I would say -- I suppose complex.

2      Q.    Okay.  And how long did it take for you

3 to be trained to understand and use it?  Do you

4 remember if it was like a week, was it a month,

5 was it six months?

6          I'm just sort of asking generally what

7 was the training time frame until you were

8 comfortable that you knew how to use the -- the

9 O|X system?

10     A.    Correct.  It was ongoing.  There was

11 constantly changes to the system.

12     Q.    There were constantly changes to it?

13     A.    That's right.

14     Q.    By whom?

15     A.    Development.

16     Q.    MediaBank would change it?

17     A.    MediaBank changed it.

18     Q.    Developers?

19     A.    Developers.

20     Q.    Why is that?  Why were there constant

21 changes?

22     A.    Because new clients that they were

23 bringing on board had different requirements of

24 the system.



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

94

1     Q.     So this system could be modified based

2     on the needs of a client?

3     A.     In some cases, yes.

4     Q.     And were you ever involved in making

5     modifications to the software?

6     A.     Only in the two functional specs that I

7     wrote.

8     Q.     Two functional specs?

9     A.     That's correct.

10    Q.     Okay.  We'll get to those in a little

11    bit.

12           But other than those two functional

13    specs, in the time you were at MediaBank you don't

14    think you had -- to the best of your recollection

15    you didn't have any other impact or involvement in

16    making any software modifications to the software?

17    A.     Only by reporting customer complaints

18    or issues to the development and QA teams.

19    Q.     Tell me about that.  Tell me about what

20    that means, reporting customer issues and

21    complaints to QA and development.  Explain that to

22    me.

23    A.     There is a ticketing system that we

24    used.  Either the client logged into the system



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

                                    95

1    and filed the issue they were having or they

2    called us on the phone or sent us an e-mail.

3              We filled out the issue, troubleshot

4    it.  If it wasn't a training issue, then it would

5    be elevated to development or QA to confirm the

6    issue and then deploy resolution.

7         Q.    Okay.  Let's break that down.

8              So the customer had access to the JIRA

9    ticketing system?

10        A.    That's correct.

11        Q.    Were you as an account manager -- if it

12   was a customer -- did you have specific customers

13   you worked with?

14        A.    No.

15        Q.    You worked with any customer?

16        A.    Any customer.

17        Q.    How many account managers were there?

18   And let's start with the time you were hired, July

19   of '07.

20        A.    I don't know.

21        Q.    You talked about some change in the

22   performance of your job in December of '07.

23        A.    October-ish.

24        Q.    It was October '07?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                              FEBRUARY 25, 2010

96

1     A.     That's correct.

2     Q.     Okay.  Do you remember how many account

3  managers there were at that time?

4     A.     I don't know.

5     Q.     All right.  And you were explaining the

6  change with the new operating system, right?  That

7  was the change in October of '07?

8     A.     Of my position, yes.

9     Q.     Right.  So were you and the other

10 account managers the first line of defense?  When

11 a customer had an issue, you would be the first

12 person to see that issue arise on the JIRA

13 ticketing system?

14    A.     I don't know that anyone else was

15 titled account manager at that time.

16    Q.     It might have just been you?

17    A.     That's correct.

18    Q.     Were you responsible for handling all

19 customer issues that came in on the JIRA

20 ticketing?

21    A.     No.

22    Q.     So who else did that?

23    A.     Lots of people.

24    Q.     Bu they might not have been account



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

97

1  managers?

2        A.     That's correct.

3        Q.     So let's talk about what you did.

4               The customer would lodge a complaint or

5  issue a ticket with their concern, question,

6  problem, whatever it may be, right?

7        A.     That's correct.

8        Q.     Okay.  And what would happen next?  You

9  would look at it?

10        A.     Right.

11        Q.     And you would decide whether that was

12  something you could resolve on your own without

13  any further input or guidance from anybody?

14        A.     Correct.

15        Q.     And if you could you would do what?

16  You would respond to the customer or client?

17        A.     Yes.

18        Q.     With the resolution?

19        A.     Yes.

20        Q.     Okay.  And who made the decision about

21  how to resolve that problem?  Who made that

22  decision?

23        A.     It varied.

24        Q.     You made that decision if you were



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

98

1    seeing the ticket, right?

2         A.    And it was a training issue, yes.

3         Q.    Right.  You would make the decision

4    when that problem came in on how to resolve that

5    problem?

6         A.    Yes.

7         Q.    And you would respond to that customer?

8         A.    Yes.

9         Q.    And you did not need anybody to

10   overlook your response, right?

11        A.    That's correct.

12        Q.    No supervisor, right?

13        A.    Sometimes.

14        Q.    Many times no?

15        A.    Correct.

16        Q.    No other managers had to review your

17   resolution of that problem?

18        A.    I don't remember.

19        Q.    Okay.  And with respect to that

20   resolution, would you hear back from the customer

21   or client whether your recommended fix actually

22   worked?

23        A.    Yes.

24        Q.    And if it did not, what would you do?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

99

1    A.    Create a ticket or reopen the ticket

2    that had been created and submit it to people who

3    could fix it.

4    Q.    Okay.  And if it was an issue that came

5    in -- occasionally an issue would come in and it

6    would not be something you could fix, right?

7    A.    That's correct.

8    Q.    And you made that decision?

9    A.    That I couldn't fix it?

10    Q.    Right.

11    A.    Yes.

12    Q.    And then you did what with it?

13    A.    I assigned it to them.

14    Q.    To whom?

15    A.    QA, development or other internal

16    people, or other users that may or may not have

17    had the account manager title that may have known

18    that system.

19    Q.    What is QA?

20    A.    Quality assurance.

21    Q.    And were there people that did nothing

22    but QA?

23    A.    I don't know.

24    Q.    So when you say you assigned it to QA,



Toll Free: 800.708.8087
Facsimile: 312.673.8138

ESQUIRE
an Alexander Gallo Company

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

100

1    though, I'm wondering who you assigned it to.

2         A.     It depended.  Usually there was a QA

3    lead, which was Aparna in most cases.  Then she

4    would assign it to the QA person of her choice.

5         Q.     Okay.  And if it was a development

6    issue it would not go to Aparna?

7         A.     It still would go to Aparna, and she

8    would assign it to dev.

9         Q.     To whom?

10        A.     To development.

11        Q.     Oh, to development.  Okay.

12        A.     At least that's how I remember it.

13        Q.     That's fine.  And from there, either QA

14   or development, whoever received it, would try to

15   resolve the problem?

16        A.     Correct.

17        Q.     Did you have any follow-up at that

18   point in time?  Once you sent it on to somebody

19   else, would it then somehow come back to you with

20   the resolution?

21        A.     Once it was resolved, it would be sent

22   back to me so that I could follow up with the

23   client.

24        Q.     And you would pass the resolution to



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

101

1   the client?

2        A.    That's correct.

3        Q.    If that resolution worked, would you

4   get confirmation from the client?

5        A.    Yes, but I always tested it before I

6   contacted them.

7        Q.    Explain that to me.

8        A.    I looked at the yesterday version of

9   the system, confirmed that the issue that they

10  were having in the system did not still exist.

11       Q.    Based on this recommended solution that

12  somebody was giving you?

13       A.    That's right.

14       Q.    And if you found that it worked, you

15  passed it on to the client?

16       A.    That's right.

17       Q.    If you found that it didn't, you passed

18  it back to the folks that sent it to you?

19       A.    Typically, yes.

20       Q.    Did that ever happen?

21       A.    Yes.

22       Q.    Did that happen more or less

23  frequently?  In other words, what I'm trying to

24  ask is:  Did they typically fix it on the first


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

102

1   try or not, if you recall?

2       A.    I don't remember.

3       Q.    Okay.  Did you ever handle QA issues

4   while at MediaBank?

5       A.    No.

6       Q.    Never?

7       A.    No.  I did some regression testing.  I

8   did not handle QA issues, no.

9       Q.    Okay.  Tell me about regression

10  testing.  What is that?

11      A.    I don't know.  They showed me how to do

12  it just so I could fill in for somebody.  I don't

13  exactly understand it.

14      Q.    But you did it?

15      A.    I did.

16      Q.    Do you think you did it right?

17      A.    I don't know.

18      Q.    You hope so?

19      A.    Right.

20      Q.    Now, how long did you do regression

21  testing for?

22      A.    Only a couple of times to fill in.

23      Q.    Okay.  And why is that you never did

24  QA?  Is it something that was just outside your



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

103

1    expertise or you had no interest in doing it?

2        A.    It was outside the department I worked

3    in.

4        Q.    Now, this explanation of what you are

5    doing you're telling me started around the October

6    2007 time frame?

7        A.    No, no.

8        Q.    Okay.  Tell me, when did it start?

9        A.    Well, October 2007 is when the change

10   in -- my position changed.  But it changed again

11   from 2007 until my departing the company in March

12   2009.

13       Q.    No, no.  I understand.  We're going to

14   get to any more changes.

15       A.    Right.

16       Q.    But what we're talking about now with

17   customer issues, problems coming in, you looking

18   at it, either fixing it if you could or sending it

19   to somebody else, I'm saying did that begin around

20   October 2007?

21       A.    No.

22       Q.    When did that begin?

23       A.    Not until January of 2008.  Maybe a few

24   in the end of 2007, but 2008 we were onsite with



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

104

1    the client and the client was live, meaning the

2    client was using the system.  Prior to that, it

3    was not an application that was being used by any

4    customers other than for testing purposes.

5         Q.    O|X?

6         A.    That's correct.

7         Q.    Okay.  So what were you doing for the

8    couple of months before that, learning the system?

9         A.    Learning the system, providing help in

10   user acceptance testing, writing documentation.

11   We started training the users.

12        Q.    And were you involved in training

13   users?

14        A.    Yes, I was.

15        Q.    What users did you train?

16        A.    StarCom users and other clients.  In

17   the beginning it was StarCom.

18        Q.    How did you develop the skills to train

19   a user?

20        A.    Melissa Le and Anne Marie Checcone.

21        Q.    Taught you?

22        A.    That's correct.

23        Q.    And from there you were able to teach

24   the users?



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

105

1    A.    That's correct.

2    Q.    Did you ever teach anybody at

3 MediaBank?  Did you ever train anybody at

4 MediaBank?  I'm not talking about users now.

5    A.    Yes.

6    Q.    Who?

7    A.    Lots of people in the QA -- I'm sorry,

8 in the support team and client services roles in

9 New Jersey and in Chicago.

10    Q.    So you were actually involved in

11 training MediaBank personnel?

12    A.    That's correct.

13    Q.    And clients?

14    A.    That's correct.

15    Q.    Now, when you would go live to the

16 client site, was that solely for purposes of

17 training?

18    A.    No, it was not.  We also provided

19 support.

20    Q.    Tell me what that means when you say

21 "support."  Give me all the things you did.

22    A.    Answering phone calls, answered JIRA

23 tickets, replied to e-mails, visited people's

24 desks to look at what was happening in real time



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

106

1    for them and help them resolve any issues they

2    might have.

3         Q.    That's an example of all the things you

4    did while you were onsite?

5         A.    That I can remember, yes.

6         Q.    You started going onsite January 2008?

7         A.    That's correct.

8         Q.    Were you onsite every day all day

9    starting January 2008?

10        A.    No, not necessarily.

11        Q.    What else did you do?

12        A.    Traveled to visit other clients that

13   needed training or wanted onsite support.

14        Q.    But you were basically not working at

15   the MediaBank office?

16        A.    I was not in the MediaBank office at

17   all, no.

18        Q.    And that started, again, January 2008?

19        A.    That's correct.

20        Q.    How long did that role that you were

21   just describing to me continue for?

22        A.    I believe until October 1 of 2008.

23   That's my best estimate.

24        Q.    Okay.  So from about January of '08 to



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

107

1    October of '08 this is what you did?

2         A.    That's correct.

3         Q.    Spent almost all of your time on client

4    sites, mainly StarCom?

5         A.    I don't remember, but mainly StarCom,

6    yes.  I started I think Spark as well.

7         Q.    At Spark?

8         A.    Yes.

9         Q.    And -- go ahead.  You needed to get

10   something?

11        A.    I just need water.

12        MS. BALSON:  Why don't we take a bathroom

13   break.

14        MR. LEFKOFSKY:  I'm fine with that.

15              (WHEREUPON, a recess was had.)

16   BY MR. LEFKOFSKY:

17        Q.    We were describing your job

18   responsibilities from sort of January 2008 to

19   about October 2008.

20        A.    That's correct.

21        Q.    And you were talking about at that

22   point in time how you were -- your job had now

23   changed from being onsite at MediaBank's offices

24   to being onsite at clients?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

108

1      A.     Correct.

2      Q.     Mainly StarCom?

3      A.     Mainly StarCom.

4      Q.     Right.  Now, I see you pulled something

5    out.

6      A.     This is my answers to interrogatories,

7    which has a lot of this information that we're

8    discussing in it.

9      Q.     That's fine.

10     A.     And I just brought it out for my

11   reference.

12     Q.     I'm fine with that.  Do you want to

13   review that before we ask any more questions?

14     A.     No.

15     Q.     Okay.  Did you bring anything else with

16   you besides that?

17     A.     No, I did not.

18     Q.     Okay.  Was StarCom a client of

19   MediaBank's at the time you were hired in July

20   2007?

21     A.     I don't know.

22     Q.     So you don't know when StarCom became a

23   client?

24     A.     That's correct, I do not know.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

109

1      Q.      When was the first time you performed

2    any work with StarCom?  Would it be January '08 or

3    before that?

4      A.      It probably was before that.  I don't

5    remember.

6      Q.      Do you have any knowledge of whether

7    StarCom was a relatively big client of MediaBank

8    or a relatively small client of MediaBank?

9      A.      I don't remember.

10     Q.      Okay.  I'm not questioning your memory.

11   You don't know what they were?

12     A.      That's correct.

13     Q.      All right.  Were you -- and your job

14   title at this point in time, in January of 2008,

15   was still account manager?

16     A.      I don't know.

17     Q.      Okay.  To your knowledge, had that job

18   title ever changed?

19     A.      No, it had not.

20     Q.      So you were hired in as an account

21   manager, correct?

22     A.      Yes.

23     Q.      At no point in time were you aware that

24   your job title changed at all?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

110

1      A.      There was no official communication of

2   a change in title, no.

3      Q.      Any other communication?

4      A.      Other people being hired into a similar

5   position with different titles.  We didn't have

6   titles on our business cards, so it was unclear

7   what our titles were.

8      Q.      Okay.  And you are explaining some

9   change in the performance of what you did day to

10  day from the time you were originally hired and

11  now we're in January 2008?

12     MR. WASSERMAN:  Objection to the form of the

13  question.  I can't understand if that's a question

14  or if that's a statement.

15     MR. LEFKOFSKY:  Yeah, what I'm trying to do

16  is get us to the point where we are now.

17  BY MR. LEFKOFSKY:

18     Q.      Whether your title changed, you're

19  saying there was a change in what you did from the

20  time you were hired to January 2008, which is

21  where I am now chronologically?

22     MR. WASSERMAN:  Again, to the form of the

23  question, is that a statement or is that a

24  question you're asking her?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

111

BY MR. LEFKOFSKY:

1  BY MR. LEFKOFSKY:

2      Q.     Do you understand that?

3      A.     I would like you to ask it in question

4  form because it does appear to be a statement.

5      Q.     Okay.  What I'm asking is:  Was there a

6  change from the time you were hired until January

7  2008 in what you did?

8      A.     Yes, there was.

9      Q.     But no change, to your knowledge, in

10  your title?

11     A.     That's correct.

12     Q.     Okay.  Now, you were onsite, as you

13  said, the majority of time?

14     A.     That's correct.

15     Q.     And mainly StarCom.  StarCom in

16  Chicago?

17     A.     StarCom in Chicago.

18     Q.     StarCom in Chicago?  I'm asking you.

19     A.     Yes.

20     Q.     Does StarCom have any offices outside

21  of Chicago?

22     A.     Yes.

23     Q.     Where?

24     A.     Los Angeles.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

112

1     Q.    Did you ever go there?

2     A.    Yes, I did.

3     Q.    How frequently?

4     A.    I don't remember.

5     Q.    Besides Los Angeles and Chicago, were

6  you at any other StarCom offices?

7     A.    I don't remember.

8     Q.    Okay.  When you were at StarCom offices

9  in Chicago, were there other MediaBank employees

10  with you?

11     A.    Yes.

12     Q.    Who?

13     A.    At first it was Elizabeth Williamson

14  and sometimes Renee Simpson, and other times it

15  was Gina Grandinetti.

16     Q.    Okay.  What did Elizabeth Williamson

17  do?  What was her job at MediaBank?

18     A.    I don't know.  She was hired -- her

19  title was technical trainer.

20     Q.    Okay.  She performed the same duties as

21  you did?

22     A.    It didn't appear to be that case, no.

23     Q.    Tell me what you did that was different

24  from what she did, to your understanding.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

113

1    A.    I don't know.  She wasn't doing what I

2  was doing, but I don't know what she was doing.

3    Q.    Okay.  What were you doing that she

4  wasn't doing?

5    A.    Answering phones, replying to tickets.

6    Q.    She wasn't doing that?

7    A.    Not very often, no.

8    Q.    But she was onsite with you?

9    A.    Yes, she was.

10    Q.    So that part of it was the same?

11    A.    Correct.

12    Q.    While you were onsite, did you perform

13  the same function for the client?

14    A.    As I did when?

15    Q.    No, no, I mean as Elizabeth Williamson.

16  When you were onsite with her at the same time --

17    A.    No.

18    Q.    -- did the two of you do the same

19  things?

20    A.    No.

21    Q.    Okay.  What did you do?

22    A.    I provided trainings, onsite support,

23  client services.

24    Q.    Client services.  Explain to me all the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

114

1    things that are encompassed in client services.

2         A.    I don't know.

3         Q.    Well, you did it.

4         A.    I did do it.

5         Q.    So tell me what you did.

6         A.    On a day-to-day basis?

7         Q.    While you were at the client, you said

8    you performed client services, onsite training and

9    support.

10        A.    Right.

11        Q.    Those are the three things you just

12   said.

13        A.    Correct.

14        Q.    So tell me what you did that would fall

15   into client services.

16        A.    Answering phones, responding to e-mail,

17   visiting users at their desks in order to help

18   them with something.

19        Q.    Help them with what?

20        A.    Sometimes it was their media entry.

21   All sorts of things.  It depended.

22        Q.    Okay.  This would be encompassed in

23   client services?

24        A.    Yes, as I used it, yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

115

1    Q.    And onsite training?

2    A.    Running classroom situations with

3    training the users.

4    Q.    Okay.  So how many users at a time

5    would be in this classroom situation?

6    A.    It depended.

7    Q.    How often did you do that?

8    A.    Often in the beginning.  It tapered

9    off, and then it would pick up again.  I don't

10   remember exactly.

11   Q.    And is this the same thing that

12   Elizabeth Williamson did?

13   A.    No.

14   Q.    Okay.  What did she do while she was

15   there?

16   MR. WASSERMAN:  That's been asked and

17   answered.

18   BY THE WITNESS:

19   A.    I don't know.  She was in the office.

20   She sat in the office, and I don't know what she

21   did.

22   BY MR. LEFKOFSKY:

23   Q.    Okay.  What was the third thing you

24   said?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

116

1       A.      I don't remember.

2       Q.      Let's go back and see if we can get

3   that answer.

4                       (WHEREUPON, the record was

5                       read by the reporter.)

6   BY MR. LEFKOFSKY:

7       Q.      So training was the classroom

8   situation?

9       A.      Yes.

10      Q.      Client services, you explained what

11  that entailed.  And onsite support?

12      A.      Yes.

13      Q.      Tell me what that entails.

14      A.      It is part of client services,

15  answering phone calls, replying to e-mails,

16  sitting with users.

17      Q.      What sort of phone calls and e-mails

18  were you getting?

19      A.      Everything.  "I forgot my user and

20  password" to "I need training on a particular

21  function of the system."

22      Q.      At any point in time, did you get

23  e-mails or phone calls regarding problems with the

24  system?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

117

1      A.    Sure.

2      Q.    And what would you do when you got

3  those?

4      A.    As previously stated, we would either

5  call the user back, typically logging a JIRA

6  ticket, following up with the user if we could

7  resolve it with them and it was a training issue.

8           If it wasn't a training issue, we would

9  create an additional ticket that could be routed

10 to the proper teams at MediaBank in order to

11 resolve the issue.

12     Q.    So that part didn't change from what

13 you were doing when you were first hired in July

14 of '07?

15     MR. WASSERMAN:  Object to the question.  Is

16 that a question or statement?  The form of the

17 question doesn't make sense to me.

18     MR. LEFKOFSKY:  Okay.  The witness

19 understands that's a question.

20     MR. WASSERMAN:  I don't know if she does.

21 That's why I'm objecting.

22 BY MR. LEFKOFSKY:

23     Q.    That part of it didn't change, right,

24 from the time you were hired in July of '07?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

118

1          A.      It changed all the time.  How it

2      directly changed I don't remember.

3          Q.      You were taking calls, solving problems

4      if you could, sending it to software or

5      development if you couldn't solve the problem, QA,

6      right?

7          MR. WASSERMAN:  Object to the form of the

8      question.  Was that a statement or a question?  It

9      was compound.  I don't know how you could answer

10     that question.

11         MR. LEFKOFSKY:  I think the witness can

12     answer that.

13     BY MR. LEFKOFSKY:

14         Q.      Is that what you were doing when you

15     were hired?

16         A.      When I was hired varied from January of

17     2008.

18         Q.      Okay.  When you were hired, you said --

19     correct me if I'm wrong -- that you would take --

20     either JIRA tickets would come in to you or calls

21     would come in to you.  If you could solve the

22     problem, you would solve it on your own.  If not,

23     you would send it to development or QA, correct?

24         A.      That is not happened when I was hired.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN

119

1   That is not the process.

2       Q.    What is what happened when you were

3   hired?

4       A.    When I was originally hired by the

5   company, we did not have QA and development the

6   way it existed when I left MediaBank.

7       Q.    So what happened when you got a

8   customer call and JIRA ticket and there was no QA

9   or development?

10      A.    I did not receive JIRA tickets prior to

11  probably January 1, 2008.

12      Q.    Did you receive calls, complaints

13  issues with respect to the functioning of the

14  software?

15      A.    I don't remember.  From October to

16  December I don't remember.

17      Q.    From the time you were hired to

18  December?

19      A.    Of 2007?

20      Q.    Right.

21      A.    I don't remember.

22      Q.    Okay.  So what did you do from the time

23  you were hired until December of 2007?

24      A.    So I'm going to refer to my answers to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

PENNY VERKUILEN                                    FEBRUARY 25, 2010

120

1    interrogatories.  From the moment I was hired

2    until October 1 --

3         Q.    I'm sorry.  Let's do this.  I'm going

4    to mark -- I have a copy, so I'm going to mark it

5    as an exhibit just so that the record is clear

6    what we've got, and we'll actually mark it as an

7    exhibit.

8                      (WHEREUPON, a certain document

9                      was marked Exhibit No. D-9, for

10                     identification, as of 2-25-10.)

11   BY MR. LEFKOFSKY:

12        Q.    Before you jump in, Ms. Verkuilen, and

13   start reading to me from the tabbed and

14   highlighted version of your answers in front of

15   you, I want you to look at the document we've

16   marked as an exhibit first.

17        A.    Okay.

18        Q.    Tell me if that's the same one, by the

19   way.  Tell me if that's the same thing you are

20   referring to now because I don't care which one

21   you look at.  I just want to make sure it's the

22   same.

23        A.    Yes, it is.

24        Q.    It is?  Okay.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

121

1       MR. LEFKOFSKY:  I'm assuming it is because

2   that's the one we got.  Is that the same one she's

3   looking at?

4       MR. WASSERMAN:  Yes.

5   BY MR. LEFKOFSKY:

6       Q.    The one we've marked D-9,

7   Ms. Verkuilen, it's signed on page 11 by your

8   attorney.  Do you see that?

9       A.    Yes.

10      MR. LEFKOFSKY:  Matt, I assume that's your

11  signature, or is it not?

12      MR. WASSERMAN:  It is my signature.

13      MR. LEFKOFSKY:  There's no verified copy of

14  this from her, is there?  I don't have one.

15      MR. WASSERMAN:  I don't recall one way or the

16  other.

17      MR. LEFKOFSKY:  That's fine.  I'm just making

18  sure I'm not missing a page.  I have your

19  signature and then I just have a certificate of

20  service.  Is that the same thing you've got?

21      MR. WASSERMAN:  I believe so.

22      MR. LEFKOFSKY:  Okay.  We'll figure that out.

23  All right.

24  BY MR. LEFKOFSKY:





Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

122

1      Q.    But, now, you have seen this before?

2      A.    Yes, I have.

3      Q.    And did you assist your attorneys in

4   preparing the responses to these interrogatories?

5      A.    Yes, I did.

6      Q.    Okay.  And you reviewed this before it

7   was submitted as a final pleading in this case,

8   final document, right?

9      A.    Yes, I did.

10      Q.    And, to the best of your knowledge,

11   it's accurate?

12      A.    Yes.

13      Q.    Okay.  Now, we're talking about what

14   you did, and you wanted to go back and refer to an

15   answer that you have in here?

16      A.    I wanted to refer to all of my answers

17   moving forward from this document.  I spent a lot

18   of time creating this information.

19      Q.    Yeah, that's fine.

20      A.    I want to refer to it.  That's a long

21   period of time that was now almost 12 months ago.

22      Q.    Right.  See, I'm happy to find out

23   exactly what you did.  If this helps you, let's go

24   through this together so we can take us through



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

123

1    the time frame, okay?

2         A.    Okay.

3         Q.    All right.  From July 23, 2007, to

4    October 1, 2007, you were an account manager on

5    the A|X system; is that true?

6         A.    That is true.

7         Q.    Okay.  So then you say you didn't have

8    any knowledge of the system before joining

9    MediaBank, correct?

10        A.    That is correct.

11        MR. WASSERMAN:  For the record, I don't

12   really see a point in going through every

13   sentence.  I think she has already testified that

14   what is stated here is true and correct.  If that

15   hasn't been stated, you can ask that question so

16   that we don't have to go line by line.  I don't

17   see any purpose in doing that.

18        MR. LEFKOFSKY:  Well, I've got to take her

19   through this.

20        MR. WASSERMAN:  I mean if you are going to

21   read a sentence and she is going to say "correct,"

22   it's going to take forever and be a waste of time.

23   I will stipulate to what it says, and the witness

24   can stipulate to the fact of what it says, and we



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

124

1    can move on.

2              If you have a question about it, ask it.

3    If you want to just tell her what it says, we're

4    wasting time.

5         MR. LEFKOFSKY:  Yeah.  Okay.

6    BY MR. LEFKOFSKY:

7         Q.    Let's take a look at the third

8    sentence.  As an account manager you worked with

9    MediaBank clients and internal teams to create and

10   generate reports for the client to monitor the

11   performance of the clients' media-buying

12   campaigns, right?

13        MR. WASSERMAN:  Object to the form of the

14   question.  Is that a statement or is that a

15   question?

16   BY MR. LEFKOFSKY:

17        Q.    Is that what it says?

18        A.    That is what it says.

19        Q.    Is that true?

20        A.    That is true.

21        Q.    Did you create and generate these

22   reports?

23        A.    No, I did not.  Generate, yes.  Create,

24   no.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

125

1    Q.    Well, it says here you worked with

2  MediaBank's clients to create reports.  So that's

3  not true?

4    A.    It is true to a certain degree.  But

5  creating them, I wasn't creating the format or the

6  back end of how the report was being generated.  I

7  was creating output or generating an output or

8  giving information to be input.  That's what I

9  mean by "generate and create."

10   Q.    Okay.

11   A.    Pulling them from the system.

12   Q.    Yeah.  I need you to be more specific.

13 When you were creating an input or output, what

14 does that mean?  Creating input or output, what

15 does that mean?

16   A.    Restate your question.

17   Q.    I'm asking, what does that mean?  You

18 said you were creating an input or an output.  I

19 don't understand it.  I don't understand what you

20 were saying, which is "I was creating an input or

21 an output."

22   A.    So what is the question?

23   Q.    What does that mean?

24   A.    What does what mean?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

126

1          Q.     "I was creating an input or an output,"
2     what does that mean?
3          A.     It means generating and creating a
4     report from information that already existed.
5          Q.     Where did you get the information?
6          A.     It was in the user interface.
7          Q.     And how did you know how to create the
8     report?
9          A.     I was shown.
10          Q.     So you were trained on how to do it,
11     correct?
12          A.     Yes, I was trained.
13          Q.     And then you were able to do it on your
14     own?
15          A.     Yes, I was able to do it on my own.
16          Q.     It says in this paragraph -- you're
17     free to read it -- that you reported to Jay
18     Lawrence at this time?
19          A.     Yes, I did.
20          Q.     And did you report to Jay Lawrence with
21     respect to each task that you performed?
22          A.     To the extent that I was required to, I
23     did.
24          Q.     And to the extent that you weren't



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

127

1    required to, you did not?

2          A.      Correct.

3          Q.      So there were tasks that you performed

4    during this time period that you did not have to

5    report to Jay Lawrence on?

6          MR. WASSERMAN:   Is that a question?

7          MR. LEFKOFSKY:   Yes.

8          MR. WASSERMAN:   I object to the form.

9    BY THE WITNESS:

10         A.      I don't remember.

11   BY MR. LEFKOFSKY:

12         Q.      Okay.  Now, there is a reference to the

13   hours that you worked during this time period; do

14   you see that?

15         A.      Yes, I do.

16         Q.      It says you were working at least

17   40 hours?

18         A.      It does.

19         Q.      Were you working more than 40 hours?

20         A.      I don't remember.

21         Q.      How do you remember you were working at

22   least 40 hours?

23         A.      Because I know the hours that I was in

24   the office.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

128

1       Q.      But you don't remember if you were

2  working more than 40 hours?

3       A.      I don't remember, no.

4       Q.      Then I'm asking:  How is it that you

5  remember you were working 40 hours?

6       A.      That was the requirement by the

7  company, 40 hours per week.

8       Q.      So you remember meeting that

9  requirement?

10      A.      Yes.

11      Q.      But not working more than that?

12      A.      I don't remember.

13      Q.      Can you read the next paragraph.  It

14  begins, "On or about October 1, 2007."  When

15  you're finished reading it, just let me know.

16      A.      Okay.  Okay.

17      Q.      So is it correct that on or about

18  October 1, 2007, your training on the O|X system

19  began?

20      A.      Yes.

21      Q.      Now, it doesn't tell me here in this

22  paragraph how long that training lasted, but do

23  you remember how long it did last?

24      A.      I do not remember.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

129

1      Q.    Okay.  Is it fair to say, though, that

2   it was complete by January 1, 2008, because then

3   you were onsite at clients?

4      A.    No, I don't think that's accurate

5   because the system was always changing, so there

6   was always new training.

7      Q.    Okay.  So during the entire time you

8   were working with the system, you had to be

9   trained on new aspects of it; is that right?

10      A.    Yes, that's correct.

11      Q.    Now, you say here that Bob Saldeen and

12   Melissa Le trained you originally, correct?

13      A.    That is correct.

14      Q.    And I think you mentioned in a

15   previous -- during your testimony that maybe Anne

16   Marie trained you as well?

17      A.    Yes.

18      MR. WASSERMAN:  Steve, if you want to ask her

19   a question, ask it.  To tell her what she

20   testified to before I'm going to object to.

21   Unfortunately, I'm going to continually object if

22   you want to tell her what she's testified to.

23      MR. LEFKOFSKY:  Matt, you can object all you

24   want to.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

```
                              130
 1        MR. WASSERMAN:  I'm going to.

 2        MR. LEFKOFSKY:  It doesn't bother me.

 3   BY MR. LEFKOFSKY:

 4        Q.    So who would do the continued training

 5   after January 1, 2008, still these two or

 6   different people?

 7        A.    I don't remember.

 8        Q.    All right.  Can you read the next

 9   paragraph.  Just tell me when you're done reading

10   it.

11        A.    The paragraph that starts, "Once

12   Verkuilen's training was complete"?

13        Q.    Yes.

14        A.    Okay.

15        Q.    This paragraph references the time

16   period from October 1, 2007, to December 31, 2007,

17   right?

18        A.    Yes, it does.

19        Q.    Okay.  So we're talking about a

20   two-month period -- I'm sorry, three months

21   because it's beginning of October, end of

22   December, right?

23        A.    That's correct.

24        Q.    Okay.  It begins with you indicating
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com